AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ New York

**APPEARANCE**

John R. Blumatte    v.    Gerard Quinn et al.         Case Number: 07 cv 2944 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John R. Blumatte --- Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/17/2007 | *[signature]* |
| Date | Signature |
| | Michael J Little — ML 4895 |
| | Print Name — Bar Number |
| | 26 Broadway, Suite 2400 |
| | Address |
| | New York — NY — 10004 |
| | City — State — Zip Code |
| | (212) 480-3500 — (212) 480-9557 |
| | Phone Number — Fax Number |