**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

John Blumatte

                                   Plaintiff,

                                                                        **07 CIVIL 2944( JSR)**

-against-

Gerard Quinn et al.

                                  Defendants.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:     Michael John Little

 I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ML 4895

*Address:*          26 Broadway, Suite 2400
                    New York, NY 10004

*Telephone Number:*     (212) 480 3500

*Fax Number:*           (212) 480 9557

 *E-Mail Address:*      michaellittle@mac.com

Dated:              04/18/2007