J. Joseph Bainton
Bainton McCarthy LLC
Attorney for Plaintiff
26 Broadway Suite 2400
New York, NY 10004
(212) 480-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a                                          :
ROBERT ANGONA, a/k/a
JOHN BLUE,                                                       :

                                        Plaintiff,        :

                                                                            :

  --against--

                                                                            :

GERARD QUINN, DONALD ROGERS,
STEPHEN FARTHING, RANDOLPH LERNER, JR.,           :     07 Civ. 2944 (JSR)
DAVID LEVINSON, RUSSELL WILKINSON, EILEEN                ECF Case
GUGENHEIM, ROBERT BOLANDIAN,                       :
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,                :
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER,                        :
JULIA JITKOFF, DAVID SCHAFER,
SYBIL SHAINWALD, DENNIS SMITH,                     :
THE GRADUATE SCHOOL OF FIGURATIVE
ART OF THE NEW YORK ACADEMY OF ARTS,               :
JEFFREY C. SLADE, and ELYSE RUZOW,
                                                                            :
                                  Defendants.
                                                                            :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    PETER H. CHOI, pursuant to 28 U.S.C. § 1746 hereby declares:

    1.    I am employed by Bainton McCarthy LLC as a legal assistant.

2.    On April 24, 2007, I served a true and correct copy of the Court's Order rescheduling the initial conference in this matter, dated April 23, 2007, by first-class mail to the following defendants:

Mr. David Schafer
Schafer & Cullen
645 Fifth Avenue, 7th Floor
New York, NY 10022

Anthony Coles
Patterson, Belknap Webb
1133 Avenue of the Americas
New York, NY 10036

Ms. Julia Jitkoff
0444 Glen Eagle Drive
Aspen, CO 81611

Charles Cawley
MBNA Corporation
1100 North King Street
Wilmington, DE 19884-0141

Douglas Oliver
21 East 66th Street
New York, NY 10021

H. Robert Bolandian
22 Sturges Commons
Westport, CT 06880

David Long
2737 Via Orange Way
Spring Valley, CA 91978

Eileen Guggenheim
242 East 19th Street #13A
New York, NY 10003

Ludwig Kuttner
Hotel des Artistes
One West 67th Street
New York, NY 10023

Russell Wilkinson
242 East 19th Street #13A
New York, NY 10003

Roland Grybauskas
Trustee
New York Academy of Art
111 Franklin Street
New York, NY 10013

David Levinson
930 Park Avenue
New York, NY 10028

Christopher Forbes
Forbes
60 Fifth Avenue
New York, NY 10001

Randolph Lerner Jr.
Amagansett Applied Arts
11 Indian Wells Highway
PO Box 1336
Amagansett, NY 11930

Stephen Farthing
Chelsea College of Art & Design
16 John Islip Street
London SW1P 4JU
United Kingdom

Elyse Ruzow
Office of the District Attorney
New York County
One Hogan Place
New York, NY 10013

Sybil Shainwald
25 Sutton Place
New York, NY 10022

Gerard Quinn
Office of the District Attorney
New York County
One Hogan Place
New York, NY 10013

Donald Rogers
Office of the District Attorney
New York County
One Hogan Place
New York, NY 10013

New York Academy of Art
111 Franklin Street
New York, NY 10013

Jeffrey C. Slade
PO Box 38
Cragsmoor, New York 12420

Margot Gordon
257 West 86th Street, 5B
New York, NY 10024

Dennis Smith
Hotel des Artistes
One West 67th Street
New York, NY 10023

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on April 24, 2007

                                                    Peter H. Choi