```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOHN R. BLUMATTE,                    :
                                     :
              Plaintiff,             :      07 Civ. 2944 (JSR)
                                     :
         -v-                         :      ORDER
                                     :
GERARD QUINN, et al.,                :
                                     :
              Defendants.            :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-07

JED S. RAKOFF, U.S.D.J.

    Upon application of the plaintiff, the initial conference in this matter is hereby moved to Thursday, June 28, 2007 at 5:00 p.m., which date will not be moved under any circumstances. The plaintiff shall, in a timely manner, notify all defense counsel (or defendants, as the case may be) of this change.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 23, 2007