UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

JOHN R. BLUMATTE, a/k/a                              :
ROBERT ANGONA, a/k/a
JOHN BLUE,                                           :

                         Plaintiff,        :

                                       :

  --against--                                     :

GERARD QUINN, DONALD ROGERS,                         :
STEPHEN FARTHING, RANDOLPH LERNER, JR.,              :
DAVID LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,                         :        **07 Civ. 2944 (JSR)**
CHARLES CAWLEY, ANTHONY COLES,                                **ECF CASE**
CHRISTOPHER FORBES, MARGOT GORDON,                   :
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DOUGLAS OLIVER,                                      :        **PLAINTIFF'S NOTICE**
JULIA JITKOFF, DAVID SCHAFER,                                 **OF DISMISSAL**
SYBIL SHAINWALD, DENNIS SMITH,                       :
THE GRADUATE SCHOOL OF FIGURATIVE
ART OF THE NEW YORK ACADEMY OF ARTS,                 :
JEFFREY C. SLADE, and ELYSE RUZOW,

                                       :

                    Defendants.            :

-------------------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1),

Plaintiff voluntarily dismisses the above captioned action as against Elyse Ruzow.

Dated:  New York, New York
       June 14, 2007

                             BAINTON McCARTHY LLC

                             By: _____
                              J. Joseph Bainton (JB-5934)

                             *Attorneys for Plaintiff*
                             26 Broadway
                             New York, NY 10004-1840
                             (212) 480-3500

TO:

Shawn Fabian, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
(212) 788 0906
*Attorney for Defendants*:

Gerard Quinn and Donald Rogers


Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344 5400
*Attorney for Defendants*:

Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen
Gugenheim, Robert Bolandian, Charles Cawley, Anthony Coles,Christopher Forbes,
Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver,
Julia Jitkoff,David Schafer,Sybil Shainwald, Dennis Smith and The Graduate School of
Figurative Art of The New York Academy of Arts.


Jeffery C. Slade, Esq.
P.O. Box 38
Cragsmoor, New York 12420
*Defendant*


Michael Morgan, Esq.
Office of the District Attorney
New York County
One Hogan Place
New York, NY 10013
*Attorney for Defendant*:

Elyse Ruzow, Esq