J. Joseph Bainton
Bainton McCarthy LLC
Attorney for Plaintiff
26 Broadway Suite 2400
New York, NY 10004
(212) 480-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a                              :
ROBERT ANGONA, a/k/a
JOHN BLUE,                                           :

                               Plaintiff,   :

                                                          :

  --against--

                                                :

GERARD QUINN, DONALD ROGERS,
STEPHEN FARTHING, RANDOLPH LERNER, JR.,    :    07 Civ. 2944 (JSR)
DAVID LEVINSON, RUSSELL WILKINSON, EILEEN           ECF Case
GUGENHEIM, ROBERT BOLANDIAN,               :
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,         :
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER,                :
JULIA JITKOFF,DAVID SCHAFER,
SYBIL SHAINWALD, DENNIS SMITH,             :
THE GRADUATE SCHOOL OF FIGURATIVE
ART OF THE NEW YORK ACADEMY OF ARTS,       :
JEFFREY C. SLADE, and ELYSE RUZOW,
                                                     :
                               Defendants.
                                                     :
------------------------------------------------------------------------x


## CERTIFICATE OF SERVICE


      PETER H. CHOI, pursuant to 28 U.S.C. § 1746 hereby declares:

      1.     I am employed by Bainton McCarthy LLC as a legal assistant.

2. On June 14, 2007, I served a true and correct copy of Plaintiff's Notice of Dismissal, dismissing Elyse Ruzow in this matter, dated June 14, 2007, by first-class mail to the following defendants:

Shawn Fabian, Esq.
*Attorneys for Defendants*
*Gerard Guinn and Donald Rogers*
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
(212) 788 – 0906

Michael Morgan, Esq.
*Attorney for Defendant*
*Elyse Ruzow, Esq.*
Office of the District Attorney
New York County
One Hogan Place
New York, NY 10013

Bennette Deacy Kramer, Esq.
*Attorneys for Defendants*
*Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Charles Cawley, Anthony Coles, Chirstopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, Julita Jitkoff, David Schafer, Sybil Shainwald, Dennis Smith, and The Graduate School of Figurative Art of The New York Academy of Arts.*
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344 – 5400

Jeffrey C. Slade, Esq.
*Defendant*
P.O. Box 38
Cragsmoor, New York 12420

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on June 14, 2007

Peter H. Choi