UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a            )
ROBERT ANGONA, a/k/a               )
JOHN BLUE,                         )
                                   )
            Plaintiff,             )
                                   )
      -against-                    )   2007 Civ. 2944 (JSR)
                                   )
GERARD QUINN, DONALD ROGERS,       )
STEPHEN FARTHING, RANDOLPH         )
LERNER, JR., DAVID LEVINSON,       )   **NOTICE OF APPEARANCE**
RUSSELL WILKINSON, EILEEN          )
GUGGENHEIM, ROBERT BOLANDIAN,      )
CHARLES CAWLEY, ANTHONY COLES,     )
CHRISTOPHER FORBES, MARGOT         )
GORDON, ROLAND GRYBAUSKAS,         )
LUDWIG KUTTNER, DAVID LONG,        )
DOUGLAS OLIVER, JULIA JITKOFF,     )
DAVID SCHAFER, SYBIL SHAINWALD,    )
DENNIS SMITH, THE GRADUATE         )
SCHOOL OF FIGURATIVE ART           )
OF THE NEW YORK ACADEMY            )
OF ARTS, JEFFREY C. SLADE, and     )
ELYSE RUZOW,                       )
                                   )
            Defendants.            )
                                   )
------------------------------------------------------------x

PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan, A Limited Liability Partnership, is appearing in this action as counsel for defendants Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Charles Cawley, Anthony Coles, Christopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, Julia Jitkoff, David Schafer, Sybil Shainwald, Dennis Smith and The Graduate School of Figurative Art of the New York

Academy of Arts. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Date:  New York, New York
       June 18, 2007

                                **SCHLAM STONE & DOLAN LLP**

                                By: _____
                                Bennette D. Kramer (BK-1269)
                                26 Broadway, 19th Floor
                                New York, NY 10004
                                Tel.: (212) 344-5400
                                Fax: (212) 344-7677

                                Attorneys for Stephen Farthing,
                                Randolph Lerner, Jr., David Levinson,
                                Russell Wilkinson, Eileen Guggenheim,
                                Robert Bolandian, Charles Cawley,
                                Anthony Coles, Christopher Forbes,
                                Margot Gordon, Roland Grybauskas,
                                Ludwig Kuttner, Douglas Oliver, Julia
                                Jitkoff, David Schafer, Sybil Shainwald,
                                Dennis Smith and The Graduate School
                                of Figurative Art of the New York
                                Academy of Arts