UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a )
ROBERT ANGONA, a/k/a )
JOHN BLUE, )
 )
              Plaintiff, )
 )
          -against- )    2007 Civ. 2944 (JSR)
 )
GERARD QUINN, DONALD ROGERS, )
STEPHEN FARTHING, RANDOLPH )
LERNER, JR., DAVID LEVINSON, )    **NOTICE OF MOTION**
RUSSELL WILKINSON, EILEEN )
GUGGENHEIM, ROBERT BOLANDIAN, )
CHARLES CAWLEY, ANTHONY COLES, )
CHRISTOPHER FORBES, MARGOT )
GORDON, ROLAND GRYBAUSKAS, )
LUDWIG KUTTNER, DAVID LONG, )
DOUGLAS OLIVER, JULIA JITKOFF, )
DAVID SCHAFER, SYBIL SHAINWALD, )
DENNIS SMITH, THE GRADUATE )
SCHOOL OF FIGURATIVE ART )
OF THE NEW YORK ACADEMY )
OF ARTS, JEFFREY C. SLADE, and )
ELYSE RUZOW, )
 )
             Defendants. )
 )
----------------------------------------------------------x

       Pursuant to the Court's Individual Rule of Practice 2(d), the undersigned counsel for defendants Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Charles Cawley, Anthony Coles, Christopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, Julia Jitkoff, David Schafer, Sybil Shainwald, Dennis Smith and The Graduate School of Figurative Art of the New York Academy of Arts, submits the following:

<u>Description of the Motion</u>: Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

<u>Schedule for Service and Filing of Papers</u>:

| | |
|---|---|
| June 28, 2007 | Moving papers |
| July 16, 2007 | Answering papers |
| July 20, 2007 | Reply papers |

<u>Date and Time for Oral Argument</u>:  July 24, 2007, 4:30 pm.

Date:  New York, New York
       June 18, 2007

**SCHLAM STONE & DOLAN LLP**

By: _/s/ Bennette D. Kramer_
Bennette D. Kramer (BK-1269)
26 Broadway, 19th Floor
New York, NY 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677

Attorneys for Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Charles Cawley, Anthony Coles, Christopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, Julia Jitkoff, David Schafer, Sybil Shainwald, Dennis Smith and The Graduate School of Figurative Art of the New York Academy of Arts