UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

                Plaintiff,

-*against*-

GERARD QUINN, DONALD ROGERS, STEPHEN
FARTHING, RANDOLPH LERNER, JR., DAVID
LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER, JULIA
JITKOFF, DAVID SCHAFER, SYBIL
SHAINWALD, DENNIS SMITH, THE
GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ARTS,
JEFFREY C. SLADE, and ELYSE RUZOW,

                Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Index No. 07 CV 2944(JSR)

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendant, JEFFREY C. SLADE, I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 19, 2007

                                              _____
                                              Jonathan B. Bruno (JB 6163)
                                              Kaufman Borgeest & Ryan LLP
                                              Attorneys for Defendant,
                                              JEFFREY C. SLADE
                                              99 Park Avenue, 19th Floor
                                              New York, New York 10016
                                              (212) 980-9600
                                              Facsimile: (212) 980-9291
                                              jbruno@kbrlaw.com

605518

To:   Shawn Fabian, Esq.
      The City of New York
      Law Department
      100 Church Street
      New York, NY 10007
      *Attorney for Defendants*
      *Gerard Quinn and Donald Rogers*

      Bennette Deacy Kramer, Esq.
      Schlam Stone & Dolan LLP
      26 Broadway
      New York, NY 10004
      *Attorney for Defendants*
      *Stephen Farthing, Randolph Lerner, Jr., David Levinson,*
      *Russell Wilkinson, Eileen Gugenheim, Robert Bolandian,*
      *Charles Cawley, Anthony Coles, Christopher Forbes,*
      *Margot Gordon, Roland Grybauskas, Ludwig Kuttner,*
      *Douglas Oliver, Julia Jitkoff, David Schafer, Sybil Shainwald,*
      *Dennis Smith, The Graduate School of Figurative Art*
      *Of The New York Academy of Arts and Jeffrey C. Slade*
      *Schlam*

      J. Joseph Bainton
      Bainton & McCarthy LLC
      26 Broadway
      Suite 2400
      New York, New York 10004
      *Attorney for Plaintiff*

      Michael John Little, Esq.
      26 Broadway
      Suite 2400
      New York, New York 10004
      *Attorney for Plaintiff*

605518-1

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: NOTICE OF APPEARANCE was served via regular mail on the 19th day of June 2007 upon:

Shawn Fabian, Esq.
The City of New York
Law Department
100 Church Street
New York, NY  10007


Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY  10004


J. Joseph Bainton
Bainton & McCarthy LLC
26 Broadway
Suite 2400
New York, New York  10004


Michael John Little, Esq.
26 Broadway
Suite 2400
New York, New York  10004

_____
JONATHAN B. BRUNO (JB 6163)