UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

                         Plaintiff,

    -against-

GERARD QUINN, DONALD ROGERS, STEPHEN
FARTHING, RANDOLPH LERNER, JR., DAVID
LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER, JULIA
JITKOFF, DAVID SCHAFER, SYBIL
SHAINWALD, DENNIS SMITH, THE
GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ARTS,
JEFFREY C. SLADE, and ELYSE RUZOW,

                        Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Index No. 07 CV 2944(JSR)

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendant, JEFFREY C. SLADE, I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 19, 2007

                                            Andrew S. Kowlowitz (AK 9616)
                                            Kaufman Borgeest & Ryan LLP
                                            Attorneys for Defendant,
                                            JEFFREY C. SLADE
                                            99 Park Avenue, 19th Floor
                                            New York, New York 10016
                                            (212) 980-9600
                                            Facsimile: (212) 980-9291
                                            Akowlowitz@kbrlaw.com

To:  Shawn Fabian, Esq.
   The City of New York
   Law Department
   100 Church Street
   New York, NY  10007
   *Attorney for Defendants*
   *Gerard Quinn and Donald Rogers*

   Bennette Deacy Kramer, Esq.
   Schlam Stone & Dolan LLP
   26 Broadway
   New York, NY   10004
   *Attorney for Defendants*
   *Stephen Farthing, Randolph Lerner, Jr., David Levinson,*
   *Russell Wilkinson, Eileen Gugenheim, Robert Bolandian,*
   *Charles Cawley, Anthony Coles, Christopher Forbes,*
   *Margot Gordon, Roland Grybauskas, Ludwig Kuttner,*
   *Douglas Oliver, Julia Jitkoff, David Schafer, Sybil Shainwald,*
   *Dennis Smith, The Graduate School of Figurative Art*
   *Of The New York Academy of Arts and Jeffrey C. Slade*
   *Schlam*

   J. Joseph Bainton
   Bainton & McCarthy LLC
   26 Broadway
   Suite 2400
   New York, New York  10004
   *Attorney for Plaintiff*

   Michael John Little, Esq.
   26 Broadway
   Suite 2400
   New York, New York  10004
   *Attorney for Plaintiff*

605817-1

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: NOTICE OF APPEARANCE was served via regular mail on the 19th day of June 2007 upon:

Shawn Fabian, Esq.
The City of New York
Law Department
100 Church Street
New York, NY  10007

Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY  10004

J. Joseph Bainton
Bainton & McCarthy LLC
26 Broadway
Suite 2400
New York, New York  10004

Michael John Little, Esq.
26 Broadway
Suite 2400
New York, New York  10004

ANDREW S. KOWLOWITZ (AK 9616)