UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

                                        Plaintiff,

  --against--

GERARD QUINN, DONALD ROGERS,
STEPHEN FARTHING, RANDOLPH LERNER, JR.,
DAVID LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,                      07 Civ . 2944 (JSR)
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,          **PLAINTIFF'S NOTICE**
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,            **OF DISMISSAL**
DOUGLAS OLIVER,
JULIA JITKOFF, DAVID SCHAFER,
SYBIL SHAINWALD, DENNIS SMITH,
THE GRADUATE SCHOOL OF FIGURATIVE
ART OF THE NEW YORK ACADEMY OF ARTS,
and JEFFREY C. SLADE,

                                        Defendants.
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1),

Plaintiff dismisses the second claim of his complaint.

Dated:  New York, New York
         June 28, 2007

                                               BAINTON McCARTHY LLC

                                               By:_____
                                                    J. Joseph Bainton (JB-5934)

                                              *Attorneys for Plaintiff*
                                              26 Broadway
                                              New York, NY 10004-1840
                                              Telephone:  (212) 480-3500

TO:

Shawn Fabian, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
(212) 788 – 0906
*Attorneys for Defendants:*

Gerard Quinn and Donald Rogers


Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344 – 5400
*Attorneys for Defendants:*

Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Charles Cawley, Anthony Coles, Chirstopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, Julita Jitkoff, David Schafer, Sybil Shainwald, Dennis Smith and The Graduate School of Figurative Art of The New York Academy of Arts.


Jonathan B. Bruno, Esq
Kaufman Borgeest & Ryan LLP
99 Park Avenue
New York, NY 10016
(212) 980-9600
*Attorneys forDefendant:*

Jeffery C. Slade Esq.