UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

                Plaintiff,

-*against*-

GERARD QUINN, DONALD ROGERS, STEPHEN
FARTHING, RANDOLPH LERNER, JR., DAVID
LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER, JULIA
JITKOFF, DAVID SCHAFER, SYBIL SHAINWALD,
DENNIS SMITH, THE GRADUATE SCHOOL OF
FIGURATIVE ART OF THE NEW YORK
ACADEMY OF ARTS, JEFFREY C. SLADE, and
ELYSE RUZOW,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF MOTION**

**Filed Electronically**

Civil Action No. 07 CV 2944 (JSR)

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law JEFFREY C. SLADE by his attorneys KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Jed S. Rakoff, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order dismissing plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the plaintiff's Complaint fails to state a cause of action.

    The schedule for the service and filing of the Motion papers is as follows:

    June 28, 2007   Moving papers

    July 16, 2007   Answering papers

    July 20, 2007   Reply Papers

The date and time for oral argument is July 24, 2007, 4:30 p.m.

Dated: New York, New York
June 28, 2007

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

By: _____
Jonathan B. Bruno (JB 6163)
Andrew S. Kowlowitz (AK 9616)
Attorneys for Defendant
Jeffrey C. Slade
99 Park Avenue, 19th Floor
New York, New York 10016
Telephone (212) 980-9600
Facsimile (212) 980-9291
KBR File No. 217.081

**CERTIFICATE OF SERVICE**

This is to certify that true and correct copies of the foregoing: NOTICE OF MOTION was served via regular mail on the 29th day of June 2007 upon:

Shawn Fabian, Esq.
The City of New York
Law Department
100 Church Street
New York, NY  10007

Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY   10004

J. Joseph Bainton
Bainton & McCarthy LLC
26 Broadway
Suite 2400
New York, New York  10004

Michael John Little, Esq.
26 Broadway
Suite 2400
New York, New York  10004

_____
JONATHAN B. BRUNO (JB 6163)