# EXHIBIT B

```
+------------------------------------------------------------------------+
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 06/06/07 RUN TIME 13:09:13 |
+------------------------------------------------------------------------+
| DEFENDANT INFORMATION                                                  |
| NAME: ANGONA       ROBERT        SEX:M  RACE:WHITE   ARREST ID: M04001025 |
| AKA:               CITZ? YES  POB: NEW YORK          DOB: 03/07/40  AGE: 63 |
|                                                      PHONE: (212)759-1535 |
| ADDR: 405   EAST 54 ST   NEW YORK     NY 7-B   RES PCT: UNK-IN NYC     |
| SKIN TONE: LIGHT  HGT: 5'07"  WGT: 220  EYE COLOR: BLUE  HAIR COLOR: GRAY |
| SOC STATUS: MARRIED   SOC SEC #: 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  DEFT/VICT RELAT: NONE    |
| PHYSICAL COND: SICK ADMITTED IN HOSP    TYPE DRUG USED: NONE           |
| OCCUPATIONAL AREA: UNKNOWN                                             |
| LICENSE/PERMIT-TYPE(EXC DRIVER OPR REG):                               |
| CALLS: NO:_____  NAME:_____  NO:_____  NO:_____                        |
| ORACLE# 02507475 NYSID# 08610082 FAX# M0028479 ARR.PROC: ON LINE       |
+------------------------------------------------------------------------+

+------------------------------------------------------------------------+
| NARRATIVE: AT T/P/O DEFT DID STEAL PROPERTY IN EXCESS OF               |
|            $50,000.00 USD. THE DEFT ATTEMPTED TO PREVENT THE           |
|            A/O FROM EFFECTING AN AUTHORIZED ARREST.                    |
| CHARGES INFORMATION                                                    |
|              ATT  LAW   SEC SUB   CLS TYPE CTS   DESCRIPTION           |
| TOP CHARGE-->  N   PL   155.40 01  F   C   01    GRAND LARCENY 2       |
| TOTAL CHARGES  N   PL   205.30 00  M   A   01    RESIST ARREST         |
| COUNT = 02                                                             |
+------------------------------------------------------------------------+
| ARREST RELATED INFORMATION              | DAT? NO                      |
| TIME 08:50 DATE 04/23/04 CMD 017        |                              |
| WEAPON POSS/USED: NONE                  | ARREST LOC: F/O 405 EAST 54 ST |
| NUM OF ASSOC: 00                        |                              |
| PROPERTY VOUCHERS:        NONE          |                              |
+------------------------------------------------------------------------+

+------------------------------------------------------------------------+
| COMPLAINANT/UF-61 VICTIM INFORMATION                                   |
| IS COMPL A CORP? NO   OR PSNY? NO   OR DISABLED? NO   TOTAL VICTIMS = 00 |
| COMPL NAME: NEW YORK ACADEMY OF ART    SEX: _  RACE:___   AGE:___      |
| ADDR: 111 FRANKLIN ST, NEW YORK, N.Y.                                  |
| AIDED NO:___ AIDED CMD:___ ACC NO:___ ACC CMD:___ TEL NUM: (___)___-___ |
| UF-61: NO:019104 CMD:005 SECTOR:A  JURISDICTION: N.Y. POLICE DEPT      |
| TIME & DATE OF OCCURRENCE: 09:00 ON 12/01/03  METHOD:                  |
| PREMISES: OTHER              LOCATION: 200 WEST 57 ST, N.Y., N.Y.      |
| ARRESTING OFFICER INFORMATION                                          |
| NAME: QUINN      GERARD    D RANK: DT2 TAX NUMBER: [redacted]  SHIELD: 05564 |
| DEPT: NYPD CMD: DA NY  CHART: OTHER         SQUAD: NS   ASSN: INVST    |
| OFFICER: INJURED? NO   ASSIGNED? NO   ON DUTY? YES  IN UNIFORM? NO     |
| USED FORCE? NO  TYPE:_____         REASON:_____                   |
+------------------------------------------------------------------------+
```