Index No. 07 Civ. 2944 (JSR)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JOHN BLUMATTE a/k/a ROBERT ANGONA a/k/a JOHN BLUE,<br><br>          Plaintiff,<br><br>     -against-<br><br>GERARD QUINN, DONALD ROGERS, et al.,<br><br>          Defendants. |
| **NOTICE OF MOTION** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br> *Attorney for Defendants Quinn and Rogers*<br>*100 Church Street*<br>*New York, New York  10007*<br><br>*Of Counsel:  Shawn D. Fabian*<br>*Tel:  (212) 788-0906*<br>*NYCLIS No. 2007-016376* |
| *Due and timely service is hereby admitted.*<br>*New York, N.Y.        , 2007 . . .*<br><br>.................................................................*Esq.*<br><br>*Attorney for*................................................ |