J. Joseph Bainton
Bainton McCarthy LLC
Attorney for Plaintiff
26 Broadway Suite 2400
New York, NY 10004
(212) 480-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a                              :
ROBERT ANGONA, a/k/a
JOHN BLUE,                                           :

                                  Plaintiff,          :

                                            :

   --against--

                                            :

GERARD QUINN, DONALD ROGERS,
STEPHEN FARTHING, RANDOLPH LERNER, JR.,   :   07 Civ. 2944 (JSR)
DAVID LEVINSON, RUSSELL WILKINSON, EILEEN          ECF Case
GUGENHEIM, ROBERT BOLANDIAN,              :
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,        :
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DOUGLAS OLIVER, JULITA JITKOFF, DAVID     :
SCHAFER, SYBIL SHAINWALD, DENNIS SMITH
THE GRADUATE SCHOOL OF FIGURATIVE         :
ART OF THE NEW YORK ACADEMY OF ARTS, and
JEFFREY C. SLADE                          :
                                   Defendants.
                                            :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    PETER H. CHOI, pursuant to 28 U.S.C. § 1746, hereby declares:

1.     I am employed by Bainton McCarthy LLC as a legal assistant.

2.     On June 28, 2007, I served a true and correct copy of Plaintiff's Notice of

Dismissal, by first-class mail upon counsel for the following defendants:

Shawn Fabian, Esq.
*Attorneys for Defendants*
*Gerard Guinn and Donald Rogers*
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
(212) 788 – 0906

Jonathan B. Bruno, Esq.
*Attorney for Defendant:*
*Jeffrey C. Slade, Esq.*
Kaufman Borgeest & Ryan LLP
99 Park Avenue
New York, NY 10016
(212) 980 – 9600

Bennette Deacy Kramer, Esq.
*Attorneys for Defendants*
*Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Charles Cawley, Anthony Coles, Chirstopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, Julita Jitkoff, David Schafer, Sybil Shainwald, Dennis Smith, and The Graduate School of Figurative Art of The New York Academy of Arts.*
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344 – 5400

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on June 28, 2007

_____
Peter H. Choi