AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 06/15/2007 |
| NAME OF SERVER (PRINT) Darlene S. Greene | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Mr. Eamon Rynn/Doorman of: 360 West 43rd Street New York, NY 10036 Mr. Rynn was authorized to accept by Jeffrey C. Slade

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-15-2007
            Date

Signature of Server: Darlene S. Greene

Address of Server: P.O. Box 1085, Bronx, NY 10471-0600

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires: 02-28-2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.