```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JOHN R. BLUMATTE,                        :
                                         :
                Plaintiff,               :      07 Civ. 2944 (JSR)
                                         :
        -v-                              :      ORDER
                                         :
GERARD QUINN et al.,                     :
                                         :
                Defendants.              :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    The Clerk of the Court is hereby directed to accept for filing an amended complaint in the above-captioned matter.

    SO ORDERED.

                                           _____
                                            JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 16, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07