# Exhibit  A

**The First Manhattan Group Inc.**
20 West 20th Street, 2nd Floor
New York, New York 10016
212-613-0921  (Fax) 212-822-8505

June 11, 2002

Mr. Stephen Farthing
Executive Director                    **CONFIDENTIAL**
New York Academy of Art
111 Franklin Street
New York, New York. 10013

Dear Stephen,

It was a pleasure to meet with you today. This letter will confirm my engagement (DBA/The First Manhattan Group Inc.)  As your Controller.

I will perform all duties as require by the Office of the Controller at your direction, including but not limited to the daily operation of accounting, reporting, and financial management.

It is agreed that I shall report directly to you, and/or the Board Chairman. This engagement shall be for a period of one year commencing July 1 2002 and ending June 30, 2003.

It is agreed that this is a full time engagement that shall require a minimum of 140 hours per month. In addition I shall be available as required.

It is agreed that you will pay a Consulting Fee of $70,000.00 (Seventy Thousand Dollars) payable as billed on the 1st and 15th of the month in 24 installments of $2,916.67, Commencing July 1 2002. In addition any out of pocket expense shall be paid as billed.

Either party upon 30 days notice may terminate this agreement.

If the above terms meet with your approval please execute the Acceptance and return One copy to me.

Yours Truly

Robert Angona

**ACCEPTED:** This 11th Day of June            2002

New York Academy of Art, Stephen Farthing            Executive Director.

**Exhibit  B**

**FIRST MANHATTAN GROUP INC.**
20 West 20th Street 2nd Floor
New York, New York 10011
212-613-0921 –Fax  212-822-8505

June 11, 2002

Mr. Stephen Farthing
Executive Director
New York Academy of Art
111 Franklin Street
New York, New York 10013

RE: Engagement of Additional Services:

Dear Stephen,

 The additional services will be performed in connection with the Contract of Controller.

We will provide additional personnel to perform,

Bookkeeping and Accounting Services at up to $25.00 per Hour payable weekly.

Staff Accounting Services up to $45,000 per year payable weekly.

Controller Special Projects are performed up to $70,000 per year payable bi-monthly
($2900.00)

If the above terms meet with your approval please execute the acceptance and return one
copy.

Yours Truly,

Robert Angona

**ACCEPTED**  This 20th Day of June , 2002

Stephen Farthing, Executive Director, New York Academy of Art.

**Exhibit  C**

Extension Attached

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) nonexempt charitable trust

Note: The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No. 1545-0047

**1998**

This Form is Open to Public Inspection

**A** For the 1998 calendar year, OR tax year period beginning **7/1** , 1998, and ending **6/30** , 19 **99**

| B Check if | | C Name of organization | D Employer identification number |
|---|---|---|---|
| | Change of address | THE GRADUATE SCHOOL OF FIGURATIVE ART OF THE NEW YORK ACADEMY OF ART | 13-3643485 |
| | Initial return | Please use IRS label or print or type See Specific Instructions | |
| | Final return | Number and street (or P O box if mail is not delivered to street address)  Room/suite | E Telephone number |
| | | 111 FRANKLIN ST | 212-966-0300 |
| | Amended return (required also if reporting) | City or town, state or country, and ZIP+4 | F Check ☐ if exemption application is pending |
| | | NEW YORK, NY  10013 | |

**G** Type of organization ► [X] Exempt under 501(c) ( **3** ) ◄ (insert number) OR ► ☐ section 4947(a)(1) nonexempt charitable trust

**Note. Section 501(c)(3) exempt organizations and 4947(a)(1) nonexempt charitable trusts MUST attach a completed Schedule A (Form 990).**

**H(a)** Is this a group return filed for affiliates?  ☐ Yes [X] No   **I** If either box in H is checked "Yes," enter four-digit group exemption number (GEN) ►
**(b)** If "Yes," enter the number of affiliates for which this return is filed ►
**(c)** Is this a separate return filed by an organization covered by a group ruling?  ☐ Yes [X] No   **J** Accounting method ☐ Cash ☐ Accrual  ☐ Other (specify) ►

**K** Check here ► ☐ if the organization's gross receipts are normally not more than $25,000  The organization need not file a return with the IRS, but if it received a Form 990 Package in the mail, it should file a return without financial data  Some states require a complete return

Note: Form 990-EZ may be used by organizations with gross receipts less than $100,000 and total assets less than $250,000 at end of year

### Part I   Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | | |
|---|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | | | |
| a | Direct public support | 1a | 1,136,317. | |
| b | Indirect public support | 1b | | |
| c | Government contributions (grants) | 1c | | |
| d | Total (add lines 1a through 1c) (attach schedule of contributors)  STMT 1 (cash $ 1,136,317. noncash $ ___ ) | 1d | | 1,136,317. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | | 1,487,986. |
| 3 | Membership dues and assessments | 3 | | |
| 4 | Interest on savings and temporary cash investments | 4 | | 9,487. |
| 5 | Dividends and interest from securities | 5 | | |
| 6 a | Gross rents   SEE STATEMENT 2 | 6a | 90,968. | |
| b | Less rental expenses   SEE STATEMENT 3 | 6b | 49,216. | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | | 41,752. |
| 7 | Other investment income (describe ► | 7 | | |
| 8 a | Gross amount from sale of assets other than inventory | (A) Securities / (B) Other | 8a | |
| b | Less cost or other basis and sales expenses | | 8b | |
| c | Gain or (loss) (attach schedule) | | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | | 8d | |
| 9 | Special events and activities (attach schedule) | | | |
| a | Gross revenue (not including $ ___ of contributions reported on line 1a) | 9a | | |
| b | Less direct expenses other than fundraising expenses | 9b | | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | | |
| 10 a | Gross sales of inventory, less returns and allowances | 10a | | |
| b | Less cost of goods sold | 10b | | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | | |
| 11 | Other revenue (from Part VII, line 103) | 11 | | 5,097. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | | 2,680,639. |
| 13 | Program services (from line 44, column (B)) | 13 | | 1,254,420. |
| 14 | Management and general (from line 44, column (C)) | 14 | | 905,719. |
| 15 | Fundraising (from line 44, column (D)) | 15 | | 216,712. |
| 16 | Payments to affiliates (attach schedule) | 16 | | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | | 2,376,851. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | | 303,788. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | | 2,664,600. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | | 0. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | | 2,968,388. |

Revenue

Expenses

Net Assets

SCANNED APR 05 2000

RECEIVED APR 02 2000 OGDEN UT

LHA   For Paperwork Reduction Act Notice, see page 1 of the separate instructions

823001 12-11-98

1

Form 990 (1998)

15100225   796661   NYAA   082   THE GRADUATE SCHOOL OF FIGURAT   NYAA   1

Form 990 (1998)

## THE GRADUATE SCHOOL OF FIGURATIVE ART OF
## THE NEW YORK ACADEMY OF ART

13-3643485      Page 2

**Part II** Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others

Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I

| | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) cash $ ___ noncash $ ___ | 22 | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc | 25 | 146,633. | 57,845. | 88,788. | 0. |
| 26 Other salaries and wages | 26 | 533,779. | 208,498. | 325,281. | |
| 27 Pension plan contributions | 27 | 13,342. | 5,223. | 8,119. | |
| 28 Other employee benefits | 28 | | | | |
| 29 Payroll taxes | 29 | 92,188. | 30,532. | 61,656. | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | 46,200. | | 46,200. | |
| 32 Legal fees | 32 | 63,382. | | 63,382. | |
| 33 Supplies | 33 | 32,252. | 32,252. | | |
| 34 Telephone | 34 | 22,280. | | 22,280. | |
| 35 Postage and shipping | 35 | 31,552. | | 31,552. | |
| 36 Occupancy | 36 | | | | |
| 37 Equipment rental and maintenance | 37 | 13,207. | | 13,207. | |
| 38 Printing and publications | 38 | 46,838. | 44,527. | 2,311. | |
| 39 Travel | 39 | 63,262. | 45,066. | 18,196. | |
| 40 Conferences, conventions, and meetings | 40 | | | | |
| 41 Interest | 41 | 138,015. | 115,013. | 23,002. | |
| 42 Depreciation, depletion, etc (attach schedule) | 42 | 31,535. | | 31,535. | |
| 43 Other expenses (itemize) a ___ | 43a | | | | |
| b ___ | 43b | | | | |
| c ___ | 43c | | | | |
| d ___ | 43d | | | | |
| e SEE STATEMENT 4 | 43e | 1,102,386. | 715,464. | 170,210. | 216,712. |
| 44 Total functional expenses (add lines 22 through 43) Organizations completing columns (B)-(D), carry these totals to lines 13-15 | 44 | 2,376,851. | 1,254,420. | 905,719. | 216,712. |

**Reporting of Joint Costs** - Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ▶ ☐ Yes ☒ No

If "Yes," enter (I) the aggregate amount of these joint costs $ ___ ; (II) the amount allocated to Program services $ ___ ; (III) the amount allocated to Management and general $ ___ ; and (IV) the amount allocated to Fundraising $ ___

**Part III** Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ▶ EDUCATION

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

a THE ACADEMY OFFERED CLASSES TO APPROXIMATELY 120 FULL & PART TIME STUDENTS WORKING TOWARDS A MASTER OF FINE ARTS DEGREE IN FIGURATIVE ART. THE ACADEMY ALSO OFFERS CONTINUING EDUCATION.

(Grants and allocations $ ___ )      1,254,420.

b ___

(Grants and allocations $ ___ )

c ___

(Grants and allocations $ ___ )

d ___

(Grants and allocations $ ___ )

e Other program services (attach schedule)      (Grants and allocations $ ___ )

f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶      1,254,420.

823011
12-11-98

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Form 990 (1998)    13-3643485    Page 3

## Part IV Balance Sheets

| Note | Where required, attached schedules and amounts within the description column should be for end-of-year amounts only | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| 45 | Cash - non-interest-bearing | | | 430,968. | 45 | 660,074. |
| 46 | Savings and temporary cash investments | | | | 46 | |
| 47 a | Accounts receivable | 47a | 85,553. | | | |
| b | Less allowance for doubtful accounts | 47b | | 34,228. | 47c | 85,553. |
| 48 a | Pledges receivable | 48a | 1,001,004. | | | |
| b | Less allowance for doubtful accounts | 48b | | 1,130,514. | 48c | 1,001,004. |
| 49 | Grants receivable | | | | 49 | |
| 50 | Receivables from officers, directors, trustees, and key employees (attach schedule) | | | | 50 | |
| 51 a | Other notes and loans receivable | 51a | | | | |
| b | Less allowance for doubtful accounts | 51b | | | 51c | |
| 52 | Inventories for sale or use | | | 22,760. | 52 | 26,329. |
| 53 | Prepaid expenses and deferred charges | | | | 53 | |
| 54 | Investments - securities (attach schedule)    STMT 5 | | | 0. | 54 | 32,866. |
| 55 a | Investments - land, buildings, and equipment basis | 55a | | | | |
| b | Less accumulated depreciation (attach schedule) | 55b | | | 55c | |
| 56 | Investments - other | | | | 56 | |
| 57 a | Land, buildings, and equipment basis | 57a | 3,239,851. | | | |
| b | Less accumulated depreciation | 57b | 640,481. | 2,589,940. | 57c | 2,599,370. |
| 58 | Other assets (describe ▶    SEE STATEMENT 6    ) | | | 250,553. | 58 | 271,300. |
| 59 | Total assets (add lines 45 through 58) (must equal line 74) | | | 4,458,963. | 59 | 4,676,496. |
| 60 | Accounts payable and accrued expenses | | | 184,735. | 60 | 185,555. |
| 61 | Grants payable | | | | 61 | |
| 62 | Deferred revenue | | | | 62 | |
| 63 | Loans from officers, directors, trustees, and key employees | | | | 63 | |
| 64 a | Tax-exempt bond liabilities | | | | 64a | |
| b | Mortgages and other notes payable    STMT 7    STMT 8 | | | 1,406,915. | 64b | 1,275,255. |
| 65 | Other liabilities (describe ▶    SEE STATEMENT 9    ) | | | 202,713. | 65 | 247,298. |
| 66 | Total liabilities (add lines 60 through 65) | | | 1,794,363. | 66 | 1,708,108. |
| | Organizations that follow SFAS 117, check here ▶ [X] and complete lines 67 through 69 and lines 73 and 74 | | | | | |
| 67 | Unrestricted | | | 1,426,060. | 67 | 1,391,871. |
| 68 | Temporarily restricted | | | 32,463. | 68 | 18,344. |
| 69 | Permanently restricted | | | 1,206,077. | 69 | 1,558,173. |
| | Organizations that do not follow SFAS 117, check here ▶ [ ] and complete lines 70 through 74 | | | | | |
| 70 | Capital stock, trust principal, or current funds | | | | 70 | |
| 71 | Paid-in or capital surplus, or land, building, and equipment fund | | | | 71 | |
| 72 | Retained earnings, endowment, accumulated income, or other funds | | | | 72 | |
| 73 | Total net assets or fund balances (add lines 67 through 69 OR lines 70 through 72, column (A) must equal line 19 and column (B) must equal line 21) | | | 2,664,600. | 73 | 2,968,388. |
| 74 | Total liabilities and net assets / fund balances (add lines 66 and 73) | | | 4,458,963. | 74 | 4,676,496. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Form 990 (1998)    13-3643485    Page 4

| **Part IV-A** | **Reconciliation of Revenue per Audited Financial Statements with Revenue per Return** | | **Part IV-B** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return** | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ▶ | **a** 2,729,855. | a | Total expenses and losses per audited financial statements ▶ | **a** 2,426,067. |
| b | Amounts included on line a but not on line 12, Form 990 | | b | Amounts included on line a but not on line 17, Form 990 | |
| (1) | Net unrealized gains on investments $_____ | | (1) | Donated services and use of facilities $_____ | |
| (2) | Donated services and use of facilities $_____ | | (2) | Prior year adjustments reported on line 20, Form 990 $_____ | |
| (3) | Recoveries of prior year grants $_____ | | (3) | Losses reported on line 20, Form 990 $_____ | |
| (4) | Other (specify) STMT 10 $  49,216. | | (4) | Other (specify) STMT 11 $  49,216. | |
| | Add amounts on lines (1) through (4) ▶ | **b** 49,216. | | Add amounts on lines (1) through (4) ▶ | **b** 49,216. |
| c | Line a minus line b ▶ | **c** 2,680,639. | c | Line a minus line b ▶ | **c** 2,376,851. |
| d | Amounts included on line 12, Form 990 but not on line a | | d | Amounts included on line 17, Form 990 but not on line a | |
| (1) | Investment expenses not included on line 6b, Form 990 $_____ | | (1) | Investment expenses not included on line 6b, Form 990 $_____ | |
| (2) | Other (specify) $_____ | | (2) | Other (specify) $_____ | |
| | Add amounts on lines (1) and (2) ▶ | **d** | | Add amounts on lines (1) and (2) ▶ | **d** |
| e | Total revenue per line 12, Form 990 (line c plus line d) ▶ | **e** 2,680,639. | e | Total expenses per line 17, Form 990 (line c plus line d) ▶ | **e** 2,376,851. |

| **Part V** | **List of Officers, Directors, Trustees, and Key Employees** (List each one even if not compensated ) | | | |
|---|---|---|---|---|
| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (if not paid, enter -0-) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
| RANDOLPH LERNER | CHAIRMAN | | | |
| EAST HAMPTON, NY 11968 | AS NECC | 0. | 0. | 0. |
| DAVID K SCHAFER | PRESIDENT | | | |
| NEW YORK, NY 10022 | AS NECC | 0. | 0. | 0. |
| LUDWIG KUTTNER | TREASURER | | | |
| NEW YORK, NY 10018 | AS NECC | 0. | 0. | 0. |
| DENNIS SMITH | SECRETARY | | | |
| SOUTHAMPTON, NY 11968 | AS NECC | 0. | 0. | 0. |
| BRUCE FERGUSON | EXECUTIVE DIRECTOR | | | |
| NEW YORK, NY 10012 | AS NECC | 88,788. | 4,500. | 0. |
| DAVID DAVIDSON | VP OF ACADEMIC AFFAIRS | | | |
| NEW YORK, NY 10036 | AS NECC | 57,845. | 2,933. | 0. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If 'Yes ' attach schedule ▶ [ ] Yes  [X] No

823031 12 11 98

### THE GRADUATE SCHOOL OF FIGURATIVE ART OF

Form 990 (1998)    THE NEW YORK ACADEMY OF ART    13-3643485    Page 5

| **Part VI** | **Other Information** | | Yes | No |
|---|---|---|---|---|
| 75 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? | 77 | | X |
| | If "Yes," attach a conformed copy of the changes | | | |
| 78 a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | X | |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? | 78b | X | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? | 79 | | X |
| | If "Yes," attach a statement. | | | |
| 80 a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc , to any other exempt or nonexempt organization? | 80a | | X |
| b | If "Yes," enter the name of the organization ▶ _____ and check whether it is ☐ exempt OR ☐ nonexempt | | | |
| 81 a | Enter the amount of political expenditures, direct or indirect, as described in the instructions for line 81 ┄ 81a ┄ 0. | | | |
| b | Did the organization file Form 1120-POL for this year? | 81b | | X |
| 82 a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | | X |
| b | If "Yes," you may indicate the value of these items here Do not include this amount as revenue in Part I or as an expense in Part II (See instructions for reporting in Part III) ┄ 82b ┄ N/A | | | |
| 83 a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? | 83b | X | |
| 84 a | Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? ┄ N/A | 84b | | |
| 85 | 501(c)(4), (5), or (6) organizations - a Were substantially all dues nondeductible by members? ┄ N/A | 85a | | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? ┄ N/A | 85b | | |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year | | | |
| c | Dues, assessments, and similar amounts from members ┄ 85c ┄ N/A | | | |
| d | Section 162(e) lobbying and political expenditures ┄ 85d ┄ N/A | | | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices ┄ 85e ┄ N/A | | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e) ┄ 85f ┄ N/A | | | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount in 85f? ┄ N/A | 85g | | |
| h | If section 6033(e)(1)(A) dues notice were sent, does the organization agree to add the amount in 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? ┄ N/A | 85h | | |
| 86 | 501(c)(7) organizations - Enter | | | |
| a | Initiation fees and capital contributions included on line 12 ┄ 86a ┄ N/A | | | |
| b | Gross receipts, included on line 12, for public use of club facilities ┄ 86b ┄ N/A | | | |
| 87 | 501(c)(12) organizations - Enter a Gross income from members or shareholders ┄ 87a ┄ N/A | | | |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) ┄ 87b ┄ N/A | | | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership? If "Yes," complete Part IX | 88 | | X |
| 89 a | 501(c)(3) organizations - Enter Amount of tax imposed during the year under section 4911 ▶ 0 , section 4912 ▶ 0 , section 4955 ▶ 0. | | | |
| b | 501(c)(3) and 501(c)(4) organizations - Did the organization engage in any section 4958 excess benefit transaction during the year? If "Yes," attach a statement explaining each transaction | 89b | | X |
| c | Enter Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ 0. | | | |
| d | Enter Amount of tax in 89c, above, reimbursed by the organization ▶ 0. | | | |
| 90 a | List the states with which a copy of this return is filed ▶ NEW YORK | | | |
| b | Number of employees employed in the pay period that includes March 12, 1998 ┄ 90b ┄ 30 | | | |

91 The books are in care of ▶ THE ORGANIZATION            Telephone no ▶ 212-966-0300

Located at ▶ 111 FRANKLIN STREET NEW YORK, NY            ZIP +4 ▶ 10013

92 Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041 - Check here ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the tax year ▶ 92 ┄ N/A

823041
12-11-98

5

15100225    796661    NYAA            082    THE GRADUATE SCHOOL OF FIGURAT    NYAA    1

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
Form 990 (1998)    THE NEW YORK ACADEMY OF ART    13-3643485    Page 6

## Part VII   Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue | | | | | |
| (a) TUITION & FEES | | | | | 1,487,986. |
| (b) | | | | | |
| (c) | | | | | |
| (d) | | | | | |
| (e) | | | | | |
| (f) Medicare/Medicaid payments | | | | | |
| (g) Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | | | 9,487. |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate | | | | | |
| (a) debt-financed property | 531120 | 41,752. | | | |
| (b) not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue | | | | | |
| a MISCELLANEOUS | | | 3 | | 5,097. |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | 41,752. | | 0. | 1,502,570. |
| 105 TOTAL (add line 104, columns (B), (D), and (E)) ▶ | | | | | 1,544,322. |

Note: (Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.)

## Part VIII   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes) |
|---|---|
| 93A | TUITION RECEIVED IS UTILIZED FOR THE SOLE PURPOSE OF SUPPORTING THE |
| 93A | GRADUATE PROGRAM AND CONTINUING EDUCATION PROGRAMS |
| | |
| | |
| | |
| | |
| | |

## Part IX   Information Regarding Taxable Subsidiaries (Complete this Part if the "Yes" box on 88 is checked )

| Name, address, and employer identification number of corporation or partnership | Percentage of ownership interest | Nature of business activities | Total income | End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |

accompanying schedules and statements, and to the best of my knowledge and belief, it is true
all information of which preparer has any knowledge

4/15/00    ▶    Chairman Pheno Lerner

**SCHEDULE A**
**(Form 990).**

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or Section 4947(a)(1) Nonexempt Charitable Trust
**Supplementary Information**
▶ Must be completed by the above organizations and attached to their Form 990 or 990EZ

OMB No 1545-0047

**1998**

| Name of the organization | Employer identification number |
|---|---|
| THE GRADUATE SCHOOL OF FIGURATIVE ART OF THE NEW YORK ACADEMY OF ART | 13 3643485 |

**Part I**  Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees

(See instructions  List each one  If there are none, enter "None ")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid
over $50,000                     ▶ | 0

**Part II**  Compensation of the Five Highest Paid Independent Contractors for Professional Services

(See instructions  List each one  (whether individuals or firms)  If there are none, enter "None ")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over
$50,000 for professional services          ▶ | 0

LHA    For Paperwork Reduction Act Notice, see page 1 of the instructions for Form 990 and Form 990-EZ          Schedule A (Form 990) 1998

823101
12 07 98

7

15100225  796661  NYAA          082  THE GRADUATE SCHOOL OF FIGURAT  NYAA     1

THE GRADUATE SCHOOL OF FIGURATIVE ART OF

Schedule A (Form 990) 1998    THE NEW YORK ACADEMY OF ART                    13-3643485    Page 2

| **Part III** | Statement About Activities | | Yes | No |
|---|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? | 1 | | X |
| | If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities ▶ $ _____ | | | |
| | Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A  Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities | | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any of its trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary | | | |
| a | Sale, exchange, or leasing of property? | 2a | | X |
| b | Lending of money or other extension of credit? | 2b | | X |
| c | Furnishing of goods, services, or facilities? | 2c | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | 2d | X | |
| e | Transfer of any part of its income or assets? | 2e | | X |
| | If the answer to any question is "Yes," attach a detailed statement explaining the transactions | | | |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc ? | 3 | X | |
| 4 a | Do you have a section 403(b) annuity plan for your employees? | 4a | | X |
| b | Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs qualify to receive payments  (See instructions ) | | | |

| **Part IV** | Reason for Non-Private Foundation Status  (See instructions) |
|---|---|

The organization is not a private foundation because it is (Please check only ONE applicable box)

5 ☐  A church, convention of churches, or association of churches  Section 170(b)(1)(A)(i)

6 ☒  A school  Section 170(b)(1)(A)(ii)  (Also complete Part V, page 4 )

7 ☐  A hospital or a cooperative hospital service organization  Section 170(b)(1)(A)(iii)

8 ☐  A Federal, state, or local government or governmental unit  Section 170(b)(1)(A)(v)

9 ☐  A medical research organization operated in conjunction with a hospital  Section 170(b)(1)(A)(iii)  Enter the hospital's name, city, and state ▶ _____

10 ☐  An organization operated for the benefit of a college or university owned or operated by a governmental unit  Section 170(b)(1)(A)(iv)  (Also complete the Support Schedule in Part IV-A)

11a ☐  An organization that normally receives a substantial part of its support from a governmental unit or from the general public  Section 170(b)(1)(A)(vi)  (Also complete the Support Schedule in Part IV-A)

11b ☐  A community trust  Section 170(b)(1)(A)(vi)  (Also complete the Support Schedule in Part IV-A)

12 ☐  An organization that normally receives  (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc , functions - subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See section 509(a)(2)  (Also complete the Support Schedule in Part IV-A)

13 ☐  An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in (1) lines 5 through 12 above, or (2) section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2)  (See section 509(a)(3) )

Provide the following information about the supported organizations (See instructions on page 4 )

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |
| | |

14 ☐  An organization organized and operated to test for public safety  Section 509(a)(4)  (See instructions on page 4 )

THE GRADUATE SCHOOL OF FIGURATIVE ART OF

Schedule A (Form 990) 1998    THE NEW YORK ACADEMY OF ART    13-3643485    Page 3

**Part IV-A** | Support Schedule (Complete only if you checked a box on line 10, 11, or 12 above) Use cash method of accounting. | N/A

Note: *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting*

| Calendar year (or fiscal year beginning in) ▶ | (a) 1997 | (b) 1996 | (c) 1995 | (d) 1994 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants, and contributions received (Do not include unusual grants. See line 28) | | | | | |
| 16 Membership fees received | | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is not a business unrelated to the organization's charitable, etc., purpose | | | | | |
| 18 Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975 | | | | | |
| 19 Net income from unrelated business activities not included in line 18 | | | | | |
| 20 Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21 The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| 22 Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets | | | | | |
| 23 Total of lines 15 through 22 | 0. | 0. | 0. | 0. | 0. |
| 24 Line 23 minus line 17 | | | | | |
| 25 Enter 1% of line 23 | | | | | |

26 **Organizations described in lines 10 or 11** a Enter 2% of amount in column (e), line 24 ▶ 26a | N/A

b Attach a list (which is not open to public inspection) showing the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1994 through 1997 exceeded the amount shown in line 26a. Enter the sum of all these excess amounts ▶ 26b | N/A

c Total support for section 509(a)(1) test. Enter line 24, column (e) ▶ 26c | N/A

d Add: Amounts from column (e) for lines    18 _____ 19 _____
22 _____ 26b _____ ▶ 26d | N/A

e Public support (line 26c minus line 26d total) ▶ 26e | N/A

f Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ▶ 26f | N/A %

27 **Organizations described on line 12:** a For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," attach a list to show the name of, and total amounts received in each year from, each "disqualified person." Enter the sum of such amounts for each year.

(1997) _____ (1996) _____ (1995) _____ (1994) _____

b For any amount included in line 17 that was received from a nondisqualified person, attach a list to show the name of, and amount received for each year, that was more than the larger of (1) the amount on line 25 for the year or (2) $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year.

(1997) _____ (1996) _____ (1995) _____ (1994) _____

c Add: Amounts from column (e) for lines    15 _____ 16 _____
17 _____ 20 _____ 21 _____ ▶ 27c | N/A

d Add: Line 27a total _____ and line 27b total _____ ▶ 27d | N/A

e Public support (line 27c total minus line 27d total) ▶ 27e | N/A

f Total support for section 509(a)(2) test. Enter amount on line 23, column (e) ▶ 27f | N/A

g Public support percentage (line 27e (numerator) divided by line 27f (denominator)) ▶ 27g | N/A %

h Investment income percentage (line 18 column (e) (numerator) divided by line 27f (denominator)) ▶ 27h | N/A %

28 **Unusual Grants:** For an organization described in line 10, 11, or 12, that received any unusual grants during 1994 through 1997, attach a list (which is not open to public inspection) for each year showing the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not include these grants in line 15. (See instructions.)

823121
12-07-98

15100225   796661   NYAA        082   THE GRADUATE SCHOOL OF FIGURAT   NYAA___1

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Schedule A (Form 990) 1998    13-3643485    Page 4

**Part V** · **Private School Questionnaire**
(To be completed ONLY by schools that checked the box on line 6 in Part IV)

| | | Yes | No |
|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | X | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | X | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | X | |

If "Yes," please describe, if "No," please explain (If you need more space, attach a separate statement )
PLACE STATEMENT OF NONDISCRIMINATORY POLICY IN ADVERTISEMENTS, SCHOOL CATALOGUE, FACULTY HANDBOOK, AND ORIENTATION HANDBOOK.

| | | Yes | No |
|---|---|---|---|
| 32 | Does the organization maintain the following | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | X | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | X | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | X | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | X | |

If you answered "No" to any of the above, please explain (If you need more space, attach a separate statement )

| | | Yes | No |
|---|---|---|---|
| 33 | Does the organization discriminate by race in any way with respect to | | |
| a | Students' rights or privileges? | | X |
| b | Admissions policies? | | X |
| c | Employment of faculty or administrative staff? | | X |
| d | Scholarships or other financial assistance? | | X |
| e | Educational policies? | | X |
| f | Use of facilities? | | X |
| g | Athletic programs? | | X |
| h | Other extracurricular activities? | | X |

If you answered "Yes" to any of the above, please explain (If you need more space, attach a separate statement )

| | | Yes | No |
|---|---|---|---|
| 34 a | Does the organization receive any financial aid or assistance from a governmental agency? | | X |
| b | Has the organization's right to such aid ever been revoked or suspended? | | X |
| | If you answered "Yes" to either 34a or b, please explain using an attached statement | | |
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4 01 through 4 05 of Rev Proc 75-50, 1975-2 C B 587, covering racial nondiscrimination? If "No," attach an explanation | X | |

823131
12 07 98

10

15100225   796661   NYAA        082  THE GRADUATE SCHOOL OF FIGURAT  NYAA___1

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Schedule A (Form 990) 1998          13-3643485          Page 6

## Part VI-A  Lobbying Expenditures by Electing Public Charities
(To be completed ONLY by an eligible organization that filed Form 5768)          N/A

Check here ▶ a ☐ if the organization belongs to an affiliated group
Check here ▶ b ☐ if you checked "a" above and "limited control" provisions apply

| Limits on Lobbying Expenditures (The term "expenditures" means amounts paid or incurred) | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| | | N/A | |
| 36  Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37  Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38  Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39  Other exempt purpose expenditures | 39 | | |
| 40  Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41  Lobbying nontaxable amount  Enter the amount from the following table - | 41 | | |
| 42  Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43  Subtract line 42 from line 36  Enter -0- if line 42 is more than line 36 | 43 | | |
| 44  Subtract line 41 from line 38  Enter -0- if line 41 is more than line 38 | 44 | | |

If the amount on line 40 is -          The lobbying nontaxable amount is -

| | |
|---|---|
| Not over $500,000 | 20% of the amount on line 40 |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000 |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000 |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000 |
| Over $17,000,000 | $1,000,000 |

Caution   If there is an amount on either line 43 or line 44, you must file Form 4720

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns
below  See the instructions for lines 45 through 50 )

| Calendar year (or fiscal year beginning in) ▶ | Lobbying Expenditures During 4-Year Averaging Period | | | | N/A |
|---|---|---|---|---|---|
| | (a) 1998 | (b) 1997 | (c) 1996 | (d) 1995 | (e) Total |
| 45  Lobbying nontaxable amount | | | | | 0. |
| 46  Lobbying ceiling amount (150% of line 45(e)) | | | | | 0. |
| 47  Total lobbying expenditures | | | | | 0. |
| 48  Grassroots nontaxable amount | | | | | 0. |
| 49  Grassroots ceiling amount (150% of line 48(e)) | | | | | 0. |
| 50  Grassroots lobbying expenditures | | | | | 0. |

## Part VI-B  Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A)          N/A

During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of

| | | Yes | No | Amount |
|---|---|---|---|---|
| a | Volunteers | | | |
| b | Paid staff or management (Include compensation in expenses reported on lines c through h) | | | |
| c | Media advertisements | | | |
| d | Mailings to members, legislators, or the public | | | |
| e | Publications or published or broadcast statements | | | |
| f | Grants to other organizations for lobbying purposes | | | |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i | Total lobbying expenditures (add lines c through h) | | | 0. |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities

THE GRADUATE SCHOOL OF FIGURATIVE ART OF

Schedule A (Form 990) 1998     THE NEW YORK ACADEMY OF ART     13-3643485     Page 8

**Part VII** Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

51    Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section
        501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a Transfers from the reporting organization to a noncharitable exempt organization of | | | |
| (i) Cash | 51a(i) | | X |
| (ii) Other assets | a(ii) | | X |
| b Other transactions | | | |
| (i) Sales of assets to a noncharitable exempt organization | b(i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b(ii) | | X |
| (iii) Rental of facilities or equipment | b(iii) | | X |
| (iv) Reimbursement arrangements | b(iv) | | X |
| (v) Loans or loan guarantees | b(v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b(vi) | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

d    If the answer to any of the above is "Yes," complete the following schedule  Column (b) should always indicate the fair market value of the
        goods, other assets, or services given by the reporting organization  If the organization received less than fair market value in any
        transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received      N/A

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

52 a   Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the
        Code (other than section 501(c)(3)) or in section 527?                                    ▶ ☐ Yes   ☒ No
    b   If "Yes," complete the following schedule      N/A

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

823151
12-07-98

12

15100225     796661     NYAA            082     THE GRADUATE SCHOOL OF FIGURAT     NYAA___1

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

MISC UNDER 5K                                                444,646.

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

---

FORM 990                          RENTAL INCOME                    STATEMENT    2

| KIND AND LOCATION OF PROPERTY | ACTIVITY NUMBER | GROSS RENTAL INCOME |
|---|---|---|
| 111 FRANKLIN ST | 1 | 90,968. |
| TOTAL TO FORM 990, PART I, LINE 6A | | 90,968. |

---

FORM 990                          RENTAL EXPENSES                  STATEMENT    3

| DESCRIPTION | ACTIVITY NUMBER | AMOUNT | TOTAL |
|---|---|---|---|
| 111 FRANKLIN STREET | | 49,216. | |
| - SUBTOTAL - | 1 | | 49,216. |
| TOTAL TO FORM 990, PART I, LINE 6B | | | 49,216. |

---

FORM 990                          OTHER EXPENSES                   STATEMENT    4

| DESCRIPTION | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT AND GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| STUDENT AID SVCS | 216,093. | 216,093. | | |
| MODEL FEES | 77,796. | 77,796. | | |
| OUTSIDE LABOR | 88,123. | 88,123. | | |
| LIBRARY | 57,352. | 57,352. | | |
| BUILDING EXPENSES | 361,504. | 301,253. | 60,251. | |
| HONORARIA & LECTURERS | 4,435. | 4,435. | | |
| INSURANCE | 16,370. | 7,324. | 9,046. | |
| CREDIT CARD CHARGES | 16,020. | | 16,020. | |
| PAYROLL PROCESSING | 3,033. | | 3,033. | |
| UNINCORPORATED BUSINESS TAXES | 9,000. | | 9,000. | |
| CONTRIBUTIONS | 4,800. | | 4,800. | |
| LOSS ON DONATED PROPERTY | 13,500. | | 13,500. | |
| OFFICE EXPENSE | 37,684. | | 37,684. | |
| MISCELLANEOUS | 16,483. | | 16,483. | |
| REPAIRS & MAINTENANCE | 0. | | | |
| OTHER FUNDRAISING COSTS | 221,634. | | | 221,634. |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

| | | | | |
|---|---|---|---|---|
| ALLOCATED RENTAL EXPENSES | <49,216.> | <36,912.> | <7,382.> | <4,922.> |
| OTHER PROFESSIONAL FEES | 7,775. | | 7,775. | |
| TOTAL TO FM 990, LN 43 | 1,102,386. | 715,464. | 170,210. | 216,712. |

---

FORM 990                    NON-GOVERNMENT SECURITIES                    STATEMENT    5

| DESCRIPTION | VALUE METHOD | CORPORATE STOCKS | CORPORATE BONDS | OTHER PUBLICLY TRADED SECURITIES | OTHER SECURITIES | TOTAL NON-GOV'T SECURITIES |
|---|---|---|---|---|---|---|
| PERMANENTLY RESTRICTED INVESTMENTS | MKT VAL | 32,866. | | | | 32,866. |
| TO FM 990, LN 54 COL B | | 32,866. | | | | 32,866. |

---

FORM 990                    OTHER ASSETS                    STATEMENT    6

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED MORTGAGE EXPENSES | 14,100. |
| DONATED ASSETS | 207,200. |
| CONTRIBUTIONS RECEIVABLE | 50,000. |
| TOTAL TO FORM 990, PART IV, LINE 58, COLUMN B | 271,300. |

---

FORM 990                    MORTGAGES PAYABLE                    STATEMENT    7

| DESCRIPTION | BALANCE DUE |
|---|---|
| MARINE MIDLAND | 772,255. |
| MARINE MIDLAND | 113,000. |
| TOTAL INCLUDED ON FORM 990, PART IV, LINE 64B, COLUMN B | 885,255. |

16          STATEMENT(S) 4, 5, 6, 7

THE GRADUATE SCHOOL OF FIGURATIVE ART OF

13-3643485

| FORM 990 | OTHER NOTES AND LOANS PAYABLE | STATEMENT | 8 |

---

**LENDER'S NAME**

THE LINDBURY TRUST

**TERMS OF REPAYMENT**

NONE

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 08/01/93 | 08/01/03 | 100,000. | 650% |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN


RELATIONSHIP OF LENDER


| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 100,000. |

---

**LENDER'S NAME**

THE LINDBURY TRUST

**TERMS OF REPAYMENT**

NONE

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 12/01/93 | 12/01/03 | 100,000. | 650% |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN

WORKING CAPITAL

RELATIONSHIP OF LENDER


| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 100,000. |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

| LENDER'S NAME | | TERMS OF REPAYMENT | |
|---|---|---|---|
| THE LINDBURY TRUST | | NONE | |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 02/01/94 | 02/01/04 | 150,000. | 650% |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

WORKING CAPITAL

RELATIONSHIP OF LENDER

| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 150,000. |

| LENDER'S NAME | | TERMS OF REPAYMENT | |
|---|---|---|---|
| MICHAEL BAUM | | MONTHLY | |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 08/01/98 | 04/01/00 | 100,000. | .00% |

SECURITY PROVIDED BY BORROWER      PURPOSE OF LOAN

RELATIONSHIP OF LENDER

| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 40,000. |

TOTAL INCLUDED ON FORM 990, PART IV, LINE 64, COLUMN B          390,000.

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

| FORM 990 | OTHER LIABILITIES | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED INTEREST PAYABLE | 138,786. |
| DEFERRED RENTAL INCOME | 10,000. |
| UNEARNED TUITION INCOME | 98,512. |
| TOTAL TO FORM 990, PART IV, LINE 65, COLUMN B | 247,298. |

| FORM 990 | OTHER REVENUE NOT INCLUDED ON FORM 990 | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| RENTAL ACTIVITY(NETTED ON RETURN) | 49,216. |
| TOTAL TO FORM 990, PART IV-A | 49,216. |

| FORM 990 | OTHER EXPENSES NOT INCLUDED ON FORM 990 | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| RENTAL ACTIVITY(NETTED ON RETURN) | 49,216. |
| TOTAL TO FORM 990, PART IV-B | 49,216. |

Envelope Postmark    **NOV 1 2 1999**    DEC 1 5 1999

Form **2758**
(Rev June 1998)
Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File
## Certain Excise, Income, Information, and Other Returns

▶ File a separate application for each return

OMB No 1545-0148

Please type or print File the original and one copy by the due date for filing your return See instructions

| Name The Graduate School of Figurative Art of the New York Academy of Art | Employer identification number 13-3643485 |
|---|---|

Number, street, and room or suite no (or PO box no if mail is not delivered to street address)
111 Franklin Street

City, town or post office, state, and ZIP code For a foreign address, see instructions
New York, NY   10013

**Note:** Corporate income tax return filers must use Form 7004 to request an extension of time to file  Partnerships, REMICs, and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041

1   I request an extension of time until <u>February 15  , 2000</u>  , to file (check only one)

| ☐ Form 706-GS(D) | ☐ Form 990-T (sec 401(a) or 408(a) trust) | ☐ Form 1120-ND (sec 4951 taxes) | ☐ Form 8612 |
|---|---|---|---|
| ☐ Form 706-GS(T) | ☐ Form 990-T (trust other than above) | ☐ Form 3520-A | ☐ Form 8613 |
| ☒ Form 990 or 990-EZ | ☐ Form 1041 (estate) (see instructions) | ☐ Form 4720 | ☐ Form 8725 |
| ☐ Form 990-BL | ☐ Form 1041-A | ☐ Form 5227 | ☐ Form 8804 |
| ☐ Form 990-PF | ☐ Form 1042 | ☐ Form 6069 | ☐ Form 8831 |

If the organization does not have an office or place of business in the United States, check this box ▶ ☐

2a  For calendar year _____ , or other tax year beginning <u>7/1/98</u> and ending <u>6/30/99</u>

b  If this tax year is for less than 12 months, check reason   ☐ Initial return   ☐ Final return   ☐ Change in accounting period

3   Has an extension of time to file been previously granted for this tax year?    ☐ Yes  ☒ No

4   State in detail why you need the extension   <u>All necessary information not yet</u>
<u>received by organization</u>

RECEIVED IRS

5a  If this form is for Form 706-GS(D), 706-GS(T), 990-BL, 990-PF, 990-T, 1041 (estate), 1042, 1120-ND, 4720, 6069, 8612, 8613, 8725, 8804, or 8831, enter the tentative tax, less any nonrefundable credits  See instructions     $ _____ O

b  If this form is for Form 990-PF, 990-T, 1041 (estate), 1042, or 8804, enter any refundable credits and estimated tax payments made  Include any prior year overpayment allowed as a credit     $ _____

c  Balance due  Subtract line 5b from line 5a  Include your payment with this form, or deposit with FTD coupon if required, See instructions     $ _____ O

### Signature and Verification

Under penalties of perjury I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct and complete and that I am authorized to prepare this form

Signature ▶ _____ CPA    Title ▶ _____    Date ▶ 11/9/99

FILE ORIGINAL AND ONE COPY  The IRS will show below whether or not your application is approved and will return the copy

### Notice to Applicant — To Be Completed by the IRS

☐ We HAVE approved your application  Please attach this form to your return

☐ We HAVE NOT approved your application  However, we have granted a 10-day grade period from the later of the date shown below or the due date of your return (including any prior extensions)  This grade period is considered to be a valid extension of time for elections otherwise required to be made on a timely return  Please attach this form to your return

☐ We HAVE NOT approved your application  After considering the reasons stated in item 4, we cannot grant your request for an extension of time to file  We are not granting the 10-day grace period

☐ We cannot consider your application because it was filed after the due date of the return for which an extension was requested

☐ Other

COPY

By _____

Director _____     Date _____

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent

Please Type or Print

Name
Cohen Greve & Company, CPA, PC

Number, street, and room or suite no (or PO box no, if mail is not delivered to street address)
485 Jericho Toke

City, town or post office, state, and ZIP code For a foreign address, see instructions
Mineola, NY   11501

For Paperwork Reduction Act Notice, see back of form.
ISA
STF FED4683F

Form **2758** (Rev 6-98)

**Exhibit  D**

Form **990**

Department of the Treasury
Internal Revenue Service

## Return of Organization Exempt From Income Tax

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or
private foundation) or section 4947(a)(1) nonexempt charitable trust

**Note:** The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**1999**

This Form is Open
to Public Inspection

**A** For the 1999 calendar year, OR tax year period beginning **JUL 1, 1999** and ending **JUN 30, 2000**

**B** Check if:
- ☐ Change of address
- ☐ Initial return
- ☐ Final return
- ☐ Amended return (required also for state reporting)

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Number and street (or P.O. box if mail is not delivered to street address)  Room/suite

111 FRANKLIN ST

City or town, state or country, and ZIP+4

NEW YORK, NY 10013

**D** Employer Identification number

13-3643485

**E** Telephone number

212-966-0300

**F** Check ▶ ☐ if exemption application is pending

**G** Type of organization ▶ ☒ Exempt under 501(c) ( 3 ) ◀ (insert number) OR ▶ ☐ section 4947(a)(1) nonexempt charitable trust

**Note:** Section 501(c)(3) exempt organizations and 4947(a)(1) nonexempt charitable trusts MUST attach a completed Schedule A (Form 990).

**H(a)** Is this a group return filed for affiliates?  ☐ Yes ☒ No

**(b)** If "Yes," enter the number of affiliates for which this return is filed: ▶

**(c)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**I** If either box in H is checked "Yes," enter four-digit group exemption number (GEN) ▶

**J** Accounting method: ☐ Cash ☒ Accrual
☐ Other (specify) ▶

**K** Check here ▶ ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if it received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**Note:** Form 990-EZ may be used by organizations with gross receipts less than $100,000 and total assets less than $250,000 at end of year.

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | 915,907. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (attach schedule of contributors) STMT 1 | | |
| | (cash $ 915,907. noncash $ ) | 1d | 915,907. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 1,773,343. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 28,824. |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents SEE STATEMENT 2 | 6a | 27,294 |
| b | Less: rental expenses SEE STATEMENT 3 | 6b | 57,804 |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | <30,510.> |
| 7 | Other investment income (describe ▶ ) | 7 | |
| 8a | Gross amount from sale of assets other than inventory | (A) Securities | (B) Other |
| | | 8a | |
| b | Less: cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | 11,196. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 2,698,760. |
| 13 | Program services (from line 44, column (B)) | 13 | 1,609,133. |
| 14 | Management and general (from line 44, column (C)) | 14 | 751,845. |
| 15 | Fundraising (from line 44, column (D)) | 15 | 292,600. |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 2,653,578. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 45,182. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 2,968,388. |
| 20 | Other changes in net assets or fund balances (attach explanation) SEE STATEMENT 4 | 20 | 13,664. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 3,027,234. |

LHA   For Paperwork Reduction Act Notice, see page 1 of the separate instructions.   Form 990 (1999)

923001
12-14-99

1

14560322 796661 NYAA                1999.08200 THE GRADUATE SCHOOL OF FIGU NYPA

SCANNED MAY 30 2001

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART                    13-3643485      Page 2

Form 990 (1999)

**Part II — Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.

| | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) | 22 | | | | |
| cash $ ___ noncash $ ___ | | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc. | 25 | 69,094. | 69,094. | 0. | 0. |
| 26 Other salaries and wages | 26 | 564,580. | 285,551. | 279,029. | |
| 27 Pension plan contributions | 27 | 12,841. | 6,236. | 6,605. | |
| 28 Other employee benefits | 28 | | | | |
| 29 Payroll taxes | 29 | 90,840. | 43,677. | 47,163. | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | | | | |
| 32 Legal fees | 32 | | | | |
| 33 Supplies | 33 | 37,152. | 37,152. | | |
| 34 Telephone | 34 | 13,350. | | 13,350. | |
| 35 Postage and shipping | 35 | 29,576. | | 29,576. | |
| 36 Occupancy | 36 | | | | |
| 37 Equipment rental and maintenance | 37 | 11,467. | | 11,467. | |
| 38 Printing and publications | 38 | 52,826. | 50,659. | 2,167. | |
| 39 Travel | 39 | 53,496. | 41,662. | 11,834. | |
| 40 Conferences, conventions, and meetings | 40 | | | | |
| 41 Interest | 41 | 125,602. | 104,668. | 20,934. | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 31,255. | | 31,255. | |
| 43 Other expenses (itemize): | | | | | |
| a _____ | 43a | | | | |
| b _____ | 43b | | | | |
| c _____ | 43c | | | | |
| d _____ | 43d | | | | |
| e SEE STATEMENT 5 | 43e | 1,561,499. | 970,434. | 298,465. | 292,600. |
| 44 Total functional expenses (add lines 22 through 43) Organizations completing columns (B)-(D), carry these totals to lines 13-15 | 44 | 2,653,578. | 1,609,133. | 751,845. | 292,600. |

Reporting of Joint Costs. - Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ..................................................................................... ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $ ___ ; (ii) the amount allocated to Program services $ ___ ;

(iii) the amount allocated to Management and general $ ___ ; and (iv) the amount allocated to Fundraising $ ___

**Part III — Statement of Program Service Accomplishments**

What is the organization's primary exempt purpose? ▶ EDUCATION

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.) | |
| a THE ACADEMY OFFERED CLASSES TO APPROXIMATELY 120 FULL & PART TIME STUDENTS WORKING TOWARDS A MASTER OF FINE ARTS DEGREE IN FIGURATIVE ART. THE ACADEMY ALSO OFFERS CONTINUING EDUCATION. (Grants and allocations $ ___ ) | 1,609,133. |
| b _____ (Grants and allocations $ ___ ) | |
| c _____ (Grants and allocations $ ___ ) | |
| d _____ (Grants and allocations $ ___ ) | |
| e Other program services (attach schedule) (Grants and allocations $ ___ ) | |
| f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶ | 1,609,133. |

923011
12-14-99

Form 990 (1999)

14560322 796661 NYAA          1999 08200 THE GRADUATE SCHOOL OF FIGU NYAA          1

Form 990 (1999)

**THE GRADUATE SCHOOL OF FIGURATIVE ART OF**
**THE NEW YORK ACADEMY OF ART**                    13-3643485    Page 3

## Part IV  Balance Sheets

*Note: Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.*

| | | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|---|
| **Assets** | 45 | Cash - non-interest-bearing | | 660,074. | 45 | 720,405. |
| | 46 | Savings and temporary cash investments | | | 46 | |
| | 47 a | Accounts receivable | 47a 64,860. | | | |
| | b | Less: allowance for doubtful accounts | 47b 6,000. | 85,553. | 47c | 58,860. |
| | 48 a | Pledges receivable | 48a 534,440. | | | |
| | b | Less: allowance for doubtful accounts | 48b | 1,001,004. | 48c | 534,440. |
| | 49 | Grants receivable | | | 49 | |
| | 50 | Receivables from officers, directors, trustees, and key employees | | | 50 | |
| | 51 a | Other notes and loans receivable | 51a | | | |
| | b | Less: allowance for doubtful accounts | 51b | | 51c | |
| | 52 | Inventories for sale or use | | | 52 | |
| | 53 | Prepaid expenses and deferred charges | | 26,329. | 53 | 21,365. |
| | 54 | Investments - securities  STMT 6 | | 32,866. | 54 | 157,851. |
| | 55 a | Investments - land, buildings, and equipment: basis | 55a | | | |
| | b | Less: accumulated depreciation | 55b | | 55c | |
| | 56 | Investments - other | | | 56 | |
| | 57 a | Land, buildings, and equipment: basis | 57a 3,514,427. | | | |
| | b | Less: accumulated depreciation | 57b 776,899. | 2,599,370. | 57c | 2,737,528. |
| | 58 | Other assets (describe ▶ SEE STATEMENT 7 ) | | 271,300. | 58 | 364,250. |
| | 59 | Total assets (add lines 45 through 58) (must equal line 74) | | 4,676,496. | 59 | 4,594,699. |
| **Liabilities** | 60 | Accounts payable and accrued expenses | | 185,555. | 60 | 153,308. |
| | 61 | Grants payable | | | 61 | |
| | 62 | Deferred revenue | | | 62 | |
| | 63 | Loans from officers, directors, trustees, and key employees | | | 63 | |
| | 64 a | Tax-exempt bond liabilities | | | 64a | |
| | b | Mortgages and other notes payable  STMT 8  STMT 9 | | 1,275,255. | 64b | 1,174,150. |
| | 65 | Other liabilities (describe ▶ SEE STATEMENT 10 ) | | 247,298. | 65 | 240,007. |
| | 66 | Total liabilities (add lines 60 through 65) | | 1,708,108. | 66 | 1,567,465. |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117, check here ▶ [X] and complete lines 67 through 69 and lines 73 and 74. | | | | |
| | 67 | Unrestricted | | 1,391,871. | 67 | 1,294,338. |
| | 68 | Temporarily restricted | | 18,344. | 68 | 93,849. |
| | 69 | Permanently restricted | | 1,558,173. | 69 | 1,639,047. |
| | | Organizations that do not follow SFAS 117, check here ▶ [ ] and complete lines 70 through 74 | | | | |
| | 70 | Capital stock, trust principal, or current funds | | | 70 | |
| | 71 | Paid-in or capital surplus, or land, building, and equipment fund | | | 71 | |
| | 72 | Retained earnings, endowment, accumulated income, or other funds | | | 72 | |
| | 73 | Total net assets or fund balances (add lines 67 through 70 OR lines 70 through 72; column (A) must equal line 19 and column (B) must equal line 21) | | 2,968,388. | 73 | 3,027,234. |
| | 74 | Total liabilities and net assets / fund balances  (add lines 66 and 73) | | 4,676,496. | 74 | 4,594,699. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Form 990 (1999)

13-3643485    Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ▶ | **a** 2,770,228. | a | Total expenses and losses per audited financial statements ▶ | **a** 2,711,382. |
| b | Amounts included on line a but not on line 12, Form 990: | | b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Net unrealized gains on investments $ 13,664. | | (1) | Donated services and use of facilities $ | |
| (2) | Donated services and use of facilities $ | | (2) | Prior year adjustments reported on line 20, Form 990 $ | |
| (3) | Recoveries of prior year grants $ | | (3) | Losses reported on line 20, Form 990 $ | |
| (4) | Other (specify): STMT 11 $ 57,804. | | (4) | Other (specify): STMT 12 $ 57,804. | |
| | Add amounts on lines (1) through (4) ▶ | **b** 71,468. | | Add amounts on lines (1) through (4) ▶ | **b** 57,804. |
| c | Line a minus line b ▶ | **c** 2,698,760. | c | Line a minus line b ▶ | **c** 2,653,578. |
| d | Amounts included on line 12, Form 990 but not on line a: | | d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 $ | | (1) | Investment expenses not included on line 6b, Form 990 $ | |
| (2) | Other (specify): $ | | (2) | Other (specify): $ | |
| | Add amounts on lines (1) and (2) ▶ | **d** | | Add amounts on lines (1) and (2) ▶ | **d** |
| e | Total revenue per line 12, Form 990 (line c plus line d) ▶ | **e** 2,698,760. | e | Total expenses per line 17, Form 990 (line c plus line d) ▶ | **e** 2,653,578. |

| Part V | List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.) | | | | |
|---|---|---|---|---|---|
| (A) Name and address | | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter 0.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
| RANDOLPH LERNER | | CHAIRMAN | | | |
| EAST HAMPTON, NY 11968 | | AS NECC | 0. | 0. | 0. |
| DAVID K SCHAFER | | PRESIDENT | | | |
| NEW YORK, NY 10022 | | AS NECC | 0. | 0. | 0. |
| LUDWIG KUTTNER | | TREASURER | | | |
| NEW YORK, NY 10018 | | AS NECC | 0. | 0. | 0. |
| DENNIS SMITH | | SECRETARY | | | |
| SOUTHAMPTON, NY 11968 | | AS NECC | 0. | 0. | 0. |
| BRUCE FERGUSON | | EXECUTIVE DIRECTOR | | | |
| NEW YORK, NY 10012 | | AS NECC | 17,307. | 865. | 0. |
| DAVID DAVIDSON | | VP OF ACADEMIC AFFAIRS | | | |
| NEW YORK, NY 10036 | | AS NECC | 51,787. | 2,590. | 0. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule. ▶ [ ] Yes [X] No

Form 990 (1999)

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Form 990 (1999)

13-3643485    Page 5

## Part VI    Other Information

| | | | Yes | No |
|---|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? | 77 | | X |
| | If "Yes," attach a conformed copy of the changes. | | | |
| 78 a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | X | |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? | 78b | X | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? | 79 | | X |
| | If "Yes," attach a statement. | | | |
| 80 a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization? | 80a | | X |
| b | If "Yes," enter the name of the organization ▶ _____ and check whether it is ☐ exempt OR ☐ nonexempt. | | | |
| 81 a | Enter the amount of political expenditures, direct or indirect, as described in the instructions for line 81 | 81a | 0. | |
| b | Did the organization file Form 1120-POL for this year? | 81b | | X |
| 82 a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | X | |
| b | If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions for reporting in Part III.) | 82b | | |
| 83 a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions? | 83b | X | |
| 84 a | Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | 84b | N/A | |
| 85 | 501(c)(4), (5), or (6) organizations. a Were substantially all dues nondeductible by members? | 85a | N/A | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 85b | N/A | |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | |
| c | Dues, assessments, and similar amounts from members | 85c | N/A | |
| d | Section 162(e) lobbying and political expenditures | 85d | N/A | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices | 85e | N/A | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e) | 85f | N/A | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount in 85f? | 85g | N/A | |
| h | If section 6033(e)(1)(A) dues notice were sent, does the organization agree to add the amount in 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year? | 85h | N/A | |
| 86 | 501(c)(7) organizations. Enter: a Initiation fees and capital contributions included on line 12 | 86a | N/A | |
| b | Gross receipts, included on line 12, for public use of club facilities | 86b | N/A | |
| 87 | 501(c)(12) organizations. Enter: | | | |
| a | Gross income from members or shareholders | 87a | N/A | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) | 87b | N/A | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX | 88 | | X |
| 89 a | 501(c)(3) organizations. Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ 0. ; section 4912 ▶ 0. ; section 4955 ▶ 0. | | | |
| b | 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year? If "Yes," attach a statement explaining each transaction | 89b | | X |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ | | 0. | |
| d | Enter: Amount of tax in 89c, above, reimbursed by the organization ▶ | | 0. | |
| 90 a | List the states with which a copy of this return is filed ▶ NEW YORK | | | |
| b | Number of employees employed in the pay period that includes March 12, 1999 | 90b | 37 | |

91 The books are in care of ▶ THE ORGANIZATION    Telephone no. ▶ 212-966-0300

Located at ▶ 111 FRANKLIN STREET NEW YORK, NY    ZIP +4 ▶ 10013

| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041-Check here | | ▶ ☐ |
|---|---|---|---|
| | and enter the amount of tax-exempt interest received or accrued during the tax year | ▶ | 92 | N/A |

923041
01-31-00

5

Form 990 (1999)

Form 990 (1999)

## THE GRADUATE SCHOOL OF FIGURATIVE ART OF THE NEW YORK ACADEMY OF ART

13-3643485    Page 8

### Part VII    Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | Unrelated business income | | Excluded by section 512, 513, or 514 | | |
| 93 Program service revenue: | | | | | |
| (a) TUITION & FEES | | | | | 1,773,343. |
| (b) | | | | | |
| (c) | | | | | |
| (d) | | | | | |
| (e) | | | | | |
| (f) Medicare/Medicaid payments | | | | | |
| (g) Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | | | 28,824. |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| (a) debt-financed property | 531120 | <30,510.> | | | |
| (b) not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: | | | | | |
| a MISCELLANEOUS | | | 03 | | 11,196. |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | <30,510.> | | 0. | 1,813,363. |
| 105 TOTAL (add line 104, columns (B), (D), and (E)) | | | | ▶ | 1,782,853. |

Note: (Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.)

### Part VIII    Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| 93A | TUITION RECEIVED IS UTILIZED FOR THE SOLE PURPOSE OF SUPPORTING THE |
| 93A | GRADUATE PROGRAM AND CONTINUING EDUCATION PROGRAMS |

### Part IX    Information Regarding Taxable Subsidiaries (Complete this Part if the "Yes" box on 88 is checked.)

| Name, address, and employer identification number of corporation or partnership | Percentage of ownership interest | Nature of business activities | Total income | End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |

...ding accompanying schedules and statements, and to the best of my knowledge and belief, it is true, ...t on all information of which preparer has any knowledge. (Important: See General Instruction U.)

5/9/01    Ludwig Kutther, Treasurer

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Form 990 (1999)

13-3643485    Page 6

## Part VII    Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | Related or exempt function income |
| 93 Program service revenue: | | | | | |
| (a) TUITION &FEES | | | | | 1,773,343. |
| (b) | | | | | |
| (c) | | | | | |
| (d) | | | | | |
| (e) | | | | | |
| (f) Medicare/Medicaid payments | | | | | |
| (g) Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | | | 28,824. |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| (a) debt-financed property | 531120 | <30,510.> | | | |
| (b) not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: | | | | | |
| a MISCELLANEOUS | | | 03 | | 11,196. |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | <30,510.> | | 0. | 1,813,363. |
| 105 TOTAL (add line 104; columns (B), (D), and (E)) | | | | ▶ | 1,782,853. |

Note: (Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.

## Part VIII    Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes.) |
|---|---|
| 93A | TUITION RECEIVED IS UTILIZED FOR THE SOLE PURPOSE OF SUPPORTING THE |
| 93A | GRADUATE PROGRAM AND CONTINUING EDUCATION PROGRAMS |
| | |
| | |
| | |
| | |
| | |

## Part IX    Information Regarding Taxable Subsidiaries (Complete this Part if the "Yes" box on 88 is checked.)

| Name, address, and employer identification number of corporation or partnership | Percentage of ownership interest | Nature of business activities | Total income | End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |

...ling accompanying schedules and statements, and to the best of my knowledge and belief, it is true, ...on all information of which preparer has any knowledge. (Important: See General Instruction U.)

5/9/01    Ludwig Kuttner, Treasurer

**SCHEDULE A**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k),
501(n), or Section 4947(a)(1) Nonexempt Charitable Trust

**Supplementary Information**

▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ.

OMB No. 1545-0047

## 1999

| Name of the organization | Employer identification number |
|---|---|
| THE GRADUATE SCHOOL OF FIGURATIVE ART OF THE NEW YORK ACADEMY OF ART | 13: 3643485 |

**Part I** Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See instructions. List each one. If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total number of other employees paid over $50,000 ▶ | 0 | | | |

**Part II** Compensation of the Five Highest Paid Independent Contractors for Professional Services
(See instructions. List each one (whether individuals or firms). If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services ▶ | 0 | |

LHA    For Paperwork Reduction Act Notice, see page 1 of the instructions for Form 990 and Form 990-EZ.    Schedule A (Form 990) 1999

923101
12-14-99

7

14560322 796661 NYAA          1999.08200 THE GRADUATE SCHOOL OF FIGU NYAA          1

Schedule A (Form 990) 1999

**THE GRADUATE SCHOOL OF FIGURATIVE ART OF THE NEW YORK ACADEMY OF ART**                    13-3643485    Page 2

## Part III: Statements About Activities

| | | | Yes | No |
|---|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? | 1 | | X |
| | If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities ▶ $ _____ | | | |
| | Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any of its trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary: | | | |
| a | Sale, exchange, or leasing of property? | 2a | | X |
| b | Lending of money or other extension of credit? | 2b | | X |
| c | Furnishing of goods, services, or facilities? | 2c | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | 2d | X | |
| e | Transfer of any part of its income or assets? | 2e | | X |
| | If the answer to any question is "Yes," attach a detailed statement explaining the transactions. | | | |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc.? | 3 | X | |
| 4a | Do you have a section 403(b) annuity plan for your employees? | 4a | X | |
| b | Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs qualify to receive payments. (See instructions.). | | | |

## Part IV: Reason for Non-Private Foundation Status (See instructions.)

The organization is not a private foundation because it is: (Please check only ONE applicable box.)

| | | |
|---|---|---|
| 5 | ☐ | A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i). |
| 6 | ☒ | A school. Section 170(b)(1)(A)(ii). (Also complete Part V, page 4.) |
| 7 | ☐ | A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii). |
| 8 | ☐ | A Federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v). |
| 9 | ☐ | A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). Enter the hospital's name, city, and state ▶ |
| 10 | ☐ | An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the Support Schedule in Part IV-A.) |
| 11a | ☐ | An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.) |
| 11b | ☐ | A community trust. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.) |
| 12 | ☐ | An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc., functions - subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the Support Schedule in Part IV-A.) |
| 13 | ☐ | An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: (1) lines 5 through 12 above; or (2) section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2). (See section 509(a)(3).) |

Provide the following information about the supported organizations. (See page 4 of the instructions.)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |
| | |

| | | |
|---|---|---|
| 14 | ☐ | An organization organized and operated to test for public safety. Section 509(a)(4). (See page 4 of the instructions.) |

Schedule A (Form 990) 1999

Schedule A (Form 990) 1999

# THE GRADUATE SCHOOL OF FIGURATIVE ART OF
# THE NEW YORK ACADEMY OF ART                     13-3643485      Page 3

**Part IV-A** Support Schedule (Complete only if you checked a box on line 10, 11, or 12 above.) Use cash method of accounting.
Note: *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.*     N/A

| Calendar year (or fiscal year beginning in) ▶ | (a) 1998 | (b) 1997 | (c) 1996 | (d) 1995 | (e) Total |
|---|---|---|---|---|---|
| **15** Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | | | | | |
| **16** Membership fees received | | | | | |
| **17** Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is not a business unrelated to the organization's charitable, etc., purpose | | | | | |
| **18** Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975 | | | | | |
| **19** Net income from unrelated business activities not included in line 18 | | | | | |
| **20** Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| **21** The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| **22** Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets | | | | | |
| **23** Total of lines 15 through 22 | 0. | 0. | 0. | 0. | 0. |
| **24** Line 23 minus line 17 | | | | | |
| **25** Enter 1% of line 23 | | | | | |

**26** Organizations described in lines 10 or 11:  **a** Enter 2% of amount in column (e), line 24 ▶ | **26a** | N/A

**b** Attach a list (which is not open to public inspection) showing the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1995 through 1998 exceeded the amount shown in line 26a. Enter the sum of all these excess amounts ▶ | **26b** | N/A

**c** Total support for section 509(a)(1) test: Enter line 24, column (e) ▶ | **26c** | N/A

**d** Add: Amounts from column (e) for lines:   18 _____ 19 _____  22 _____ 26b _____ ▶ | **26d** | N/A

**e** Public support (line 26c minus line 26d total) ▶ | **26e** | N/A

**f** Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ▶ | **26f** | N/A %

**27** Organizations described on line 12:  **a** For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," attach a list to show the name of, and total amounts received in each year from, each "disqualified person." Enter the sum of such amounts for each year.

(1998) _____ (1997) _____ (1996) _____ (1995) _____

**b** For any amount included in line 17 that was received from a nondisqualified person, attach a list to show the name of, and amount received for each year, that was more than the larger of (1) the amount on line 25 for the year or (2) $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year:

(1998) _____ (1997) _____ (1996) _____ (1995) _____

**c** Add: Amounts from column (e) for lines:   15 _____ 16 _____  17 _____ 20 _____ 21 _____ ▶ | **27c** | N/A

**d** Add: Line 27a total _____ and line 27b total _____ ▶ | **27d** | N/A

**e** Public support (line 27c total minus line 27d total) ▶ | **27e** | N/A

**f** Total support for section 509(a)(2) test: Enter amount on line 23, column (e) ▶ | **27f** | N/A

**g** Public support percentage (line 27e (numerator) divided by line 27f (denominator)) ▶ | **27g** | N/A %

**h** Investment income percentage (line 18 column (e) (numerator) divided by line 27f (denominator)) ▶ | **27h** | N/A %

**28** Unusual Grants: For an organization described in line 10, 11, or 12, that received any unusual grants during 1995 through 1998, attach a list (which is not open to public inspection) for each year showing the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not include these grants in line 15. (See instructions.)

923121
12-14-99                                         9                          Schedule A (Form 990) 1999

14560322 796661 NYAA              1999.08200 THE GRADUATE SCHOOL OF FIGU NYAA            1

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Schedule A (Form 990) 1999

13-3643485    Page 4

**Part V    Private School Questionnaire**
**(To be completed ONLY by schools that checked the box on line 6 in Part IV)**

| | | | Yes | No |
|---|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | 29 | X | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | 30 | X | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | 31 | X | |
| | If "Yes," please describe; if "No," please explain. (If you need more space, attach a separate statement.) PLACE STATEMENT OF NONDISCRIMINATORY POLICY IN ADVERTISEMENTS, SCHOOL CATALOGUE, FACULTY HANDBOOK, AND ORIENTATION HANDBOOK. | | | |
| 32 | Does the organization maintain the following: | | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | 32a | X | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | 32b | X | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | 32c | X | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | 32d | X | |
| | If you answered "No" to any of the above, please explain. (If you need more space, attach a separate statement.) | | | |
| 33 | Does the organization discriminate by race in any way with respect to: | | | |
| a | Students' rights or privileges? | 33a | | X |
| b | Admissions policies? | 33b | | X |
| c | Employment of faculty or administrative staff? | 33c | | X |
| d | Scholarships or other financial assistance? | 33d | | X |
| e | Educational policies? | 33e | | X |
| f | Use of facilities? | 33f | | X |
| g | Athletic programs? | 33g | | X |
| h | Other extracurricular activities? | 33h | | X |
| | If you answered "Yes" to any of the above, please explain. (If you need more space, attach a separate statement.) | | | |
| 34 a | Does the organization receive any financial aid or assistance from a governmental agency? | 34a | | X |
| b | Has the organization's right to such aid ever been revoked or suspended? | 34b | | X |
| | If you answered "Yes" to either 34a or b, please explain using an attached statement. | | | |
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If "No," attach an explanation | 35 | X | |

Schedule A (Form 990) 1999

923131
12-14-99

10

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Schedule A (Form 990) 1999

13-3643485    Page 5

## Part VI-A  Lobbying Expenditures by Electing Public Charities

(To be completed ONLY by an eligible organization that filed Form 5768)

N/A

Check here ▶ a ☐  if the organization belongs to an affiliated group.
Check here ▶ b ☐  If you checked "a" above and "limited control" provisions apply.

| Limits on Lobbying Expenditures (The term "expenditures" means amounts paid or incurred) | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| | | N/A | |
| 36 Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37 Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38 Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39 Other exempt purpose expenditures | 39 | | |
| 40 Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41 Lobbying nontaxable amount. Enter the amount from the following table - | 41 | | |
| 42 Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43 Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44 Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

**If the amount on line 40 is -** / **The lobbying nontaxable amount is -**

Not over $500,000 ........ 20% of the amount on line 40
Over $500,000 but not over $1,000,000 ........ $100,000 plus 15% of the excess over $500,000
Over $1,000,000 but not over $1,500,000 ........ $175,000 plus 10% of the excess over $1,000,000
Over $1,500,000 but not over $17,000,000 ........ $225,000 plus 5% of the excess over $1,500,000
Over $17,000,000 ........ $1,000,000

**Caution:** If there is an amount on either line 43 or line 44, you must file Form 4720.

### 4-Year Averaging Period Under Section 501(h)

(Some organizations that have a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 45 through 50.)

| Calendar year (or fiscal year beginning in) ▶ | Lobbying Expenditures During 4-Year Averaging Period | | | | N/A |
|---|---|---|---|---|---|
| | (a) 1999 | (b) 1998 | (c) 1997 | (d) 1996 | (e) Total |
| 45 Lobbying nontaxable amount | | | | | 0. |
| 46 Lobbying ceiling amount (150% of line 45(e)) | | | | | 0. |
| 47 Total lobbying expenditures | | | | | 0. |
| 48 Grassroots nontaxable amount | | | | | 0. |
| 49 Grassroots ceiling amount (150% of line 48(e)) | | | | | 0. |
| 50 Grassroots lobbying expenditures | | | | | 0. |

## Part VI-B  Lobbying Activity by Nonelecting Public Charities

(For reporting only by organizations that did not complete Part VI-A)

N/A

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| a Volunteers | | | |
| b Paid staff or management (include compensation in expenses reported on lines c through h) | | | |
| c Media advertisements | | | |
| d Mailings to members, legislators, or the public | | | |
| e Publications, or published or broadcast statements | | | |
| f Grants to other organizations for lobbying purposes | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i Total lobbying expenditures (add lines c through h) | | | 0. |
| If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities. | | | |

923141
12-14-99

Schedule A (Form 990) 1999

11

THE GRADUATE SCHOOL OF FIGURATIVE ART OF
THE NEW YORK ACADEMY OF ART

Schedule A (Form 990) 1999                                    13-3643485        Page 6

**Part VII**  Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

51  Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | |
| (i) Cash | 51a(i) | | X |
| (ii) Other assets | a(ii) | | X |
| b | Other transactions: | | |
| (i) Sales of assets to a noncharitable exempt organization | b(i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b(ii) | | X |
| (iii) Rental of facilities or equipment | b(iii) | | X |
| (iv) Reimbursement arrangements | b(iv) | | X |
| (v) Loans or loan guarantees | b(v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b(vi) | | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

d  If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always indicate the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:     N/A

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

52 a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ........................ ▶ ☐ Yes  ☒ No

b  If "Yes," complete the following schedule:     N/A

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

923181
12-14-99

Schedule A (Form 990) 1999

12

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                13-3643485

| FORM 990 | CASH CONTRIBUTIONS OF $5000 OR MORE<br>INCLUDED ON PART I, LINE 1D | STATEMENT  1 |

*** NOT OPEN TO PUBLIC INSPECTION ***

| CONTRIBUTOR'S NAME | CONTRIBUTOR'S ADDRESS | AMOUNT |
| --- | --- | --- |
| ROSE WEINBERG | | 22,370. |
| DAVID LEVINSON | NY, NY 10028 | 10,068. |
| GOSNELL/LUCELIA FNDTN | | 25,000. |
| HENRY BUHL | NY, NY 10014 | 20,000. |
| JULIA JITKOFF | | 8,193. |
| LONG CHARITABLE REM TRUST | NY, NY | 118,751. |
| DAVID SCHAFER | | 11,281. |
| MEREVILLE FOUNDATION | | 80,600. |
| MISC UNDER 5K | | 373,914. |
| WILKINSON TRUST | | 37,000. |
| RUSSELL WILKINSON | NY, NY 10003 | 43,750. |
| JACK RESNICK & SON | | 25,000. |
| JAY FAIRES | | 10,000. |
| MTV NETWORK/VIACOM | | 10,000. |
| THE CASSANDRA GROUP | | 90,000. |
| MAC | | 17,500. |
| R.R. DONNELLEY & SONS CO | | 12,480. |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

| FORM 990 | RENTAL INCOME | | STATEMENT 2 |
|---|---|---|---|

| KIND AND LOCATION OF PROPERTY | ACTIVITY NUMBER | GROSS RENTAL INCOME |
|---|---|---|
| 111 FRANKLIN ST | 1 | 27,294. |
| TOTAL TO FORM 990, PART I, LINE 6A | | 27,294. |

| FORM 990 | RENTAL EXPENSES | | STATEMENT 3 |
|---|---|---|---|

| DESCRIPTION | ACTIVITY NUMBER | AMOUNT | TOTAL |
|---|---|---|---|
| 111 FRANKLIN STREET | | 57,804. | |
| - SUBTOTAL - | 1 | | 57,804. |
| TOTAL TO FORM 990, PART I, LINE 6B | | | 57,804. |

| FORM 990 | OTHER CHANGES IN NET ASSETS OR FUND BALANCES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| UNREALIZED GAIN ON INVESTMENTS | 13,664. |
| TOTAL TO FORM 990, PART I, LINE 20 | 13,664. |

| FORM 990 | OTHER EXPENSES | | | STATEMENT 5 |
|---|---|---|---|---|

| DESCRIPTION | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT AND GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| STUDENT AID SVCS | 329,036. | 329,036. | | |
| MODEL FEES | 82,680. | 82,680. | | |
| OUTSIDE LABOR | 105,751. | 91,602. | 14,149. | |
| LIBRARY | 86,506. | 86,506. | | |
| BUILDING EXPENSES | 482,971. | 402,476. | 80,495. | |
| HONORARIA & LECTURERS | 12,073. | 12,073. | | |
| INSURANCE | 21,044. | 9,414. | 11,630. | |
| CREDIT CARD CHARGES | 11,568. | | 11,568. | |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

| | | | |
|---|---|---|---|
| PAYROLL PROCESSING | 2,414. | | 2,414. |
| CONTRIBUTIONS | 460. | | 460. |
| OFFICE EXPENSE | 37,847. | | 37,847. |
| MISCELLANEOUS | 12,497. | | 12,497. |
| OTHER FUNDRAISING COSTS | 298,380. | | | 298,380. |
| ALLOCATED RENTAL EXPENSES | <57,804.> | <43,353.> | <8,671.> | <5,780.> |
| OTHER PROFESSIONAL FEES | 125,315. | | 125,315. |
| BAD DEBT EXPENSE | 6,000. | | 6,000. |
| ADVERTISING | 4,761. | | 4,761. |
| TOTAL TO FM 990, LN 43 | 1,561,499. | 970,434. | 298,465. | 292,600. |

---

FORM 990                    NON-GOVERNMENT SECURITIES                    STATEMENT    6

| DESCRIPTION | VALUE METHOD | CORPORATE STOCKS | CORPORATE BONDS | OTHER PUBLICLY TRADED SECURITIES | OTHER SECURITIES | TOTAL NON-GOV'T SECURITIES |
|---|---|---|---|---|---|---|
| PERMANENTLY RESTRICTED INVESTMENTS | MKT VAL | 157,851. | | | | 157,851. |
| TO FM 990, LN 54 COL B | | 157,851. | | | | 157,851. |

---

FORM 990                    OTHER ASSETS                    STATEMENT    7

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED MORTGAGE EXPENSES | 7,050. |
| DONATED ASSETS | 207,200. |
| CONTRIBUTIONS RECEIVABLE | 150,000. |
| TOTAL TO FORM 990, PART IV, LINE 58, COLUMN B | 364,250. |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                13-3643485

| FORM 990 | MORTGAGES PAYABLE | STATEMENT 8 |
|----------|-------------------|-------------|

| DESCRIPTION | BALANCE DUE |
|-------------|-------------|
| MARINE MIDLAND | 711,150. |
| MARINE MIDLAND | 113,000. |
| TOTAL INCLUDED ON FORM 990, PART IV, LINE 64B, COLUMN B | 824,150. |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                     13-3643485

FORM 990                OTHER NOTES AND LOANS PAYABLE              STATEMENT    9

LENDER'S NAME              TERMS OF REPAYMENT

THE LINDBURY TRUST            NONE

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 08/01/93 | 08/01/03 | 100,000. | 650% |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN


RELATIONSHIP OF LENDER


| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 100,000. |

LENDER'S NAME              TERMS OF REPAYMENT

THE LINDBURY TRUST            NONE

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 12/01/93 | 12/01/03 | 100,000. | 650% |

SECURITY PROVIDED BY BORROWER     PURPOSE OF LOAN

                                  WORKING CAPITAL

RELATIONSHIP OF LENDER


| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 100,000. |

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                    13-3643485

| LENDER'S NAME | | TERMS OF REPAYMENT | |
|---|---|---|---|
| THE LINDBURY TRUST | | NONE | |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 02/01/94 | 02/01/04 | 150,000. | 650% |

SECURITY PROVIDED BY BORROWER        PURPOSE OF LOAN

                                     WORKING CAPITAL

RELATIONSHIP OF LENDER

| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 150,000. |

| LENDER'S NAME | | TERMS OF REPAYMENT | |
|---|---|---|---|
| MICHAEL BAUM | | MONTHLY | |

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|
| 08/01/98 | 04/01/00 | 100,000. | .00% |

SECURITY PROVIDED BY BORROWER        PURPOSE OF LOAN

RELATIONSHIP OF LENDER

| DESCRIPTION OF CONSIDERATION | FMV OF CONSIDERATION | BALANCE DUE |
|---|---|---|
| | 0. | 0. |

TOTAL INCLUDED ON FORM 990, PART IV, LINE 64, COLUMN B                    350,000.

THE GRADUATE SCHOOL OF FIGURATIVE ART OF                              13-3643485

| FORM 990 | OTHER LIABILITIES | STATEMENT   10 |
|----------|-------------------|----------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DEFERRED INTEREST PAYABLE | 169,645. |
| UNEARNED TUITION INCOME | 70,362. |
| TOTAL TO FORM 990, PART IV, LINE 65, COLUMN B | 240,007. |

| FORM 990 | OTHER REVENUE NOT INCLUDED ON FORM 990 | STATEMENT   11 |
|----------|-----------------------------------------|----------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RENTAL ACTIVITY(NETTED ON RETURN) | 57,804. |
| TOTAL TO FORM 990, PART IV-A | 57,804. |

| FORM 990 | OTHER EXPENSES NOT INCLUDED ON FORM 990 | STATEMENT   12 |
|----------|-----------------------------------------|----------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RENTAL ACTIVITY(NETTED ON RETURN) | 57,804. |
| TOTAL TO FORM 990, PART IV-B | 57,804. |

MAR 19 2001

Form **2758**
(Rev. June 1998)

**Application for Extension of Time To File Certain Excise, Income, Information, and Other Returns**

▶ File a separate application for each return.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0148

Please type or print. File the original and one copy by the due date for filing your return.

| Name | | Employer identification number |
|---|---|---|
| THE GRADUATE SCHOOL OF FIGURATIVE ART OF THE NEW YORK ACADEMY OF ART | | 13 3643485 |

Number, street, and room or suite no. (or P.O. box no. if mail is not delivered to street address)
111 FRANKLIN ST

City, town, or post office, state, and ZIP code. For a foreign address, see instructions.
NEW YORK, NY 10013

**Note:** *Corporate income tax return filers must use Form 7004 to request an extension of time to file. Partnerships, REMICS, and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.*

ENVELOPE POSTMARK DATE FEB 18 2001

**1** I request an extension of time until  MAY 15       2001  , to file (check only one):

| | | |
|---|---|---|
| ☐ Form 706-GS(D) | ☐ Form 990-T (sec 401(a) or 408(a) trust) | ☐ Form 1120-ND (sec. 4951 taxes) |
| ☐ Form 706-GS(T) | ☐ Form 990-T (trust other than above) | ☐ Form 3520-A |
| ☒ Form 990 or 990-EZ | ☐ Form 1041 (estate) | ☐ Form 4720 |
| ☐ Form 990-BL | ☐ Form 1041-A | ☐ Form 5227 |
| ☐ Form 990-PF | ☐ Form 1042 | ☐ Form 6069 |

| |
|---|
| ☐ Form 8612 |
| ☐ Form 8613 |
| ☐ Form 8725 |
| ☐ Form 8804 |
| ☐ Form 8831 |

If the organization does not have an office or place of business in the United States, check this box ▶ ☐

**2a** For calendar year _____ , or other tax year beginning  JUL 1, 1999  and ending  JUN 30, 2000

**b** If this tax year is for less than 12 months, check reason:  ☐ Initial return   ☐ Final return   ☐ Change in accounting period

**3** Has an extension of time to file been previously granted for this tax year?   ☐ Yes   ☒ No

**4** State in detail why you need the extension
ALL INFORMATION NOT YET RECEIVED BY TAXPAYER

**5a** If this form is for 706-GS(D), 706-GS(T), 990-BL, 990-PF, 990-T, 1041 (estate), 1042, 1120-ND, 4720, 6069, 8612, 8613, 8725, 8804, or 8831, enter the tentative tax, less any nonrefundable credits. ..... $ _____

**b** If this form is for Form 990-PF, 990-T, 1041 (estate), 1042, or 8804, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit ..... $ _____

**c** **Balance due.** Subtract line 5b from line 5a. Include your payment with this form, or deposit with FTD coupon if required. ............... $ **N/A**

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ _Robt A Lee_ CPA  Title ▶ _acnlt_  Date ▶ 2/15/01

FILE ORIGINAL AND ONE COPY. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant - To Be Completed by IRS**

☒ We HAVE approved your application. Please attach this form to your return.

☐ We HAVE NOT approved your application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of your return (including any prior extensions). This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to your return.

☐ We HAVE NOT approved your application. After considering the reasons stated in item 4, we cannot grant your request for an extension of time to file. We are not granting the 10-day grace period.

☐ We cannot consider your application because it was filed after the due date of the return for which an extension was requested.

☐ Other _____

EXTENSION APPROVED

MAR 13 2001

RECEIVED
FEB 18 2001
OGDEN, UT
Director

*COPY*

IN THE FUTURE EXTENSIONS FOR FORMS 990PF, 990, 990EZ, 990T, 990BL, 4720, 5227, 1041A, 6069, AND 8870 MUST FILE USING FORM 8868.

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to

| Please Type or Print | Name |
|---|---|
| | COHEN GREVE & COMPANY PC |
| | Number, street and room or suite no. (or P.O. box no. if mail is not delivered to street address) |
| | 485 JERICHO TPK |
| | City, town, or post office, state, and ZIP code. For a foreign address, see instructions. |
| | MINEOLA, NY 11501 |

LHA   For Paperwork Reduction Act Notice, see separate instructions.

913941
11-23-99

Form **2758** (Rev. 6-98)