

1190 First Ave, #180
New York, New York, 10022
212-980-3510

August 22, 2003

Mr. Stephen Farthing
Executive Director
New York Academy of Art
111 Franklin Street
New York, New York 10013

Dear Stephen,

As per our discussion, we would be pleased to provide you with solutions and support in
connection with the integration of your new systems, Financial Edge, Razor Edge, and
your Educational Student Billing, Fixed Assets and Purchase Order Applications through
the use of "Crystal Reports".

Our fees range from onsite to remote support from $35.00 per hour to $125.00 per hour.
We understand that you have a budget for your fiscal year 2003/2004 and will work with
you in that regard.

We shall bill you at the above rates plus any out of pocket travel cost. We shall require a $5000.00 deposit with this the acceptance of this letter. Please return with your check a signed copy of this letter.

Yours truly,

Robert Angona
Vice President, Operations

Accepted: _27th October_ 2003

Title: _Executive Director_

**Exhibit  H**



David Patrick Columbia's
# NEW YORK SOCIAL DIARY

HOME | PARTY PICTURES | SOCIAL DIARY | SHOPPING DIARY | THE LIST | CALENDAR | ARCHIVES |

## TRIBECA BALL
## LA DOLCE VITA

Ulla Parker          Suzanna Kennedy          Pia Lindstrom          Nina Shapiro          Marina Killery

*The 2005 Tribeca Ball, "La Dolce Vita"* with a décor appropriately designed by Dolce and Gabbana, and benefiting the New York Academy of Art took place April 21 at Skylight (at 275 Hudson at Spring Street).

**Jennifer and Larry Creel, Simone and David Levinson, Heather and**

**Steven Mnuchin** and **Stephanie and David Wolkoff** chaired. **Eileen Guggenheim** and **Russell Wilkinson** were the evening's honorary chairs. In the glam crowd: **Frederique van der Wal, Samantha Boardman, Celerie Kemble and Boykin Curry, Gigi and Averell Mortimer, Stacey and Matthew Bronfman, Tory and Chris Burch, Kim Heirston and Richard Evans,** and **Renee and Mark Rockefeller.**

The Tribeca Ball is designed to raise awareness and financial support for the New York Academy of Art, a not-for-profit educational and cultural institution dedicated to the advancement of figurative painting, sculpture and drawing. It is the only graduate school in the US devoted exclusively to the study of the human figure.



Megan DiCiurcio, Willy Lima, and Margaret Yuan                Anh Duong, Carlos Mota, and Tory Burch                Alice Ryan and Sophie Sutto



Tamara Galinsky, Vina Sapir, Korinne Kotovos, and Nicole Kotovos

Claudia Cohen and Samantha Boardman

Adele Brown     Anne Grauso     Cary Leitzes     Gigi Mortimer     Laura Scheltor



Barbara Vaughn Holmes and Lisa Shields

Simone Levinson and Dayssi Olarte de Kanavos

Heather Mnuchin and Stephanie Wolkoff

Tamara Galinsky and Vina

David Schafer and Elizabeth Chase

Eileen Guggenheim and Liev Schreiber

Henry Buhl and Larimore Hampto



Frederique Van Der Wal

Karen and Juan Larrain

Matthew and Stacey Bronfman

*L. to r.:* Vincent Sabio and Robert Chavez; Kim Heirston a
Richard Evans; Liev Schreiber, Eileen Guggenheim, Simon
Levinson, and David Levinson.



Jennifer Creel, Simone Levinson, Eileen Guggenheim, Stephanie Wolkoff, and Heather Mnuchin

Martha McCully and Wayne Linker

Martin Cooper and Karen Suen-Cooper

Russell Wilkinson and Eileen Guggenheim

Samantha Boardman, Celerie Kemble Serena Boardman







Sarah Geary, Kirk Miller, and Lisa Labrado

David Levinson, Karine Chudnoff, and Alex Chudno[...]

Photographs by Billy Farrell/PMc

### David Patrick Columbia's
# NEW YORK SOCIAL DIARY

HOME | PARTY PICTURES | SOCIAL DIARY | SHOPPING DIARY | THE LIST | CALENDAR | ARCHIVES |

## A beautiful warm day in New York



Under a canopy of Cherry Blossoms in Central Park. 1:45 PM. Photo: JH.

**Some people were beginning to complain about the heat.** A good sign. Beauty abounds.

I went to an early dinner over at Swifty's with some old friends in from out of town. The place was jammed on this early Monday night in New York.

At the table by the open windows was **Lee Radziwill** with friends. At

another table, **Jim Kaufman** was dining with **Laura Codman**, in from Texas on her way to London. Laura is directly descended from **Ogden Codman**, the gran-pappy of 20th century interior design. Ogden Codman is now the god of interior design. Talk about influence, talk about power in New York! Except he's dead. Daid. And I'll bet at least 50% of the design community (sorry, but I'll bet I'm right) doesn't have a clue as to WHO Ogden Codman is/was. Or even his collaborator **Edith Wharton**. That's okay, that's show biz.

In the back room someone was giving a dinner party for **Princess Michael of Kent** and the Venetian Heritage crew. I saw the **Rayners, Kathy and Billy**, go in, as well as **Liz Fondaras, Alex Hitz, Doda Voridis, David Beer, Lee Thaw, Mario Buatta**, the **Countess and Earl of Albemarle — Sally and Rufus** to their friends; **Yanna Avis, Mr. and Mrs. Juan Pablo Molyneux, Victor Shafferman, Dimitri of Yugoslavia, Frank and Victoria Wyman, Kenny Lane, Mary McFadden, Nan Kempner**, the fabled **Aileen Mehle, Kartica Soekarno** (daughter of *him*). And several others too numerous to mention. Now there, my dears, is a novel. Or maybe two. One for **Proust** and one for **John O'Hara.**



HRH Prince Michael and HRH Princess Michael of Kent at the 20th Anniversary of the American Associates of the Royal Academy of Arts at the Rainbow Room. November, 2003.

***The Princess is more beautiful than ever.*** She's wearing her hair long these days, like a French countess. She's been in New York more often than ever because she's written a book, a biography of **Catherine Di Medici**, the Queen of France (**Henry II**), to be published in the fall by Simon & Shuster. Queen Catherine always had to deal with **Diane de Poitiers**, the forever girlfriend of the king. I know it's irreverent to talk about them that way, but a spade's a spade and the guys held the aces in those days, so the girls had to be *pretty-damn-clever.*

Princess Michael is almost deliriously familiar with the history of European royalty, and fascinatingly so. In fact she's directly related to much of it (including Catherine *and* Diane!). She not only knows it, she knows what's interesting about it (always the private trials and

tribulations). She could probably write the ultimate biography of the British Royal Family, although that will never happen (her husband is first cousin to the Queen). No art for art sake in that household, you can bet. Anyway, Americans are going to see more of her, and she likes that. She's got that American go-and-get-em; she works hard and she loves it.

All that from dinner at Swifty's, without going into what we talked about non-stop (ourselves).

New York Academy of Art held its annual gala, "the Tribeca Ball 2004"



The scene pre-dinner and during dinner at Gotham Hall

**The Tribeca Ball.** Already it sounds like a good idea, no? Last Wednesday down at Gotham Hall on Broadway and 36th, the New York Academy of Art held its annual ball – the Tribeca Ball 2004. Benefit chairs were **Simone and David Levinson**, chairman of the board of trustees of the Academy. Honorary chairs were **Eileen Guggenheim** and **Russell Wilkinson**. Benefit vice-chairs were **Jennifer and Larry Creel, Helen and Tim Schifter** and **Stephanie Winston and David Wolkoff**, along with the trustees of the Academy.

The New York Academy of Art is a not-for-profit institution that devotes

itself to graduate studies and the advancement of figurative painting, sculpture and drawing. This past year, the Academy has been celebrating Italian art and design. So the theme for the ball was ... "La Dolce Vita" which was, not so incidentally, under the patronage of **The Prince of Wales** (those Brits are all over town).

This ball is a major contribution in raising the funds needed to maintain the Academy as a pre-eminent venue for artists. It is also a major event in the world of the creative arts – attracting people from the art, fashion, film and music worlds. This year was no different with various artists and muses attending, including **Vincent Desiderio, Anh Duong, Peter Gallagher, Deborah Harry, Keith Richards and Patti Hansen, Jenny Saville, Live Schreiber, Frederique Vander Wal** and **Fred Wilson**.

**Tom Finn** provided the music. Attire: "sexy chic" and black tie optional (never a good idea). Tables went fore 10 – 25 and 50 thousand. A good time was had by all.



Allie Feldman, Alex Nephew, Carolyn Norris, and Jennifer Potter          Kara Ross, Michele Herbert, and Sharyn Mann



Mary and Leonard Gordon with Sybil Shainwald and Al Larson



Nadia Marcinkova, Michele Tagliani, Sarah Kellen, and 1
Davies



Gary Green, Michael Bebon, Wendy Frank, and Woody Heller



Nina Shapiro, Alison Schneider, and Dr. Patricia Cayo





Sharyn Mann, Alphonse D'Amato, Katuria Smith, and Stephen Mann

Frederique van der Wal, Joe Profaci, and Christine Nichc



Alexandra Lerner and Sherry Oliver

Melinda Salina and Betsy Mueller

Eva Ndachi and Antoine Vergias

Elizabeth Chase and David Schaefer

Dr. Holly Phillips and Jose Tavarez

Frances Schultz and Bill Smith



Jennifer Creel and Simone Levinson    Joanne Hartlaub and Martin Higgins    Maude Davis, Laura Thiel, and Terrie Pipa

Anh Duong    Sally and Rufus Albemarle    Nicole Bonica and Giada Cucchiai    Dinner Chairs Simone and Levinson



Lauren and Richard du Pont with Lauren Davis     Mark Gilbertson and Antony Todd     Frances Schultz and Marina Kil

President of Hermes Bob Chavez and Dr. Ruth     Valesca Guerrand-Hermes and Mathias Hermes     Helen Lee Schifter



Charles Evans and Bonnie Pfeiffer

Sir Ivan and Kim Magboul

Douglas Hannant and Debbie Band

Anh Duong and Liev Schreiber

Rufus Albemarle and Frederique van der Wal

Kathy Kim and Will Silverman



Jessica Joffe and Antony Todd     John Bossard and Karin Luter     Dancing the night away

Mary Claire Hogan and Emily Davey     The staff hard at play



Dessert is served, courtesy of Amanda Lepore and "World Famous Bob"

**Have you subscribed to New York Social Diary?**
Enter your Email address below and click on subscribe if you would like to receive emails
keeping you abreast of the activities of NYSD. It's that easy. And it's free!

Email address: [            ]            [ subscribe ▶ ]

The Central Park Conservancy's Women's Committee held a kick-off party at
Hermes for their annual Frederick Law Olmstead Awards luncheon



**HERMÈS TRIBECA BALL**

Nicole Kidman at the Hermès Tribeca Ball on April 9.

Photo: Sherly Rabbani and Josephine Solimene

4 of 23

**Also on Style.com**
fashion shows / news & trends / people & parties / shopping / beauty / vogue / w



**Exhibit  I**

