```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a              )
ROBERT ANGONA, a/k/a                 )
JOHN BLUE,                           )
                                     )
              Plaintiff,             )
                                     )
         -against-                   )    2007 Civ. 2944 (JSR)
                                     )
GERARD QUINN, DONALD ROGERS,         )
STEPHEN FARTHING, RANDOLPH           )
LERNER, JR., DAVID LEVINSON,         )    NOTICE OF MOTION
RUSSELL WILKINSON, EILEEN            )
GUGGENHEIM, ROBERT BOLANDIAN,        )
CHRISTOPHER FORBES, MARGOT           )
GORDON, ROLAND GRYBAUSKAS,           )
LUDWIG KUTTNER, DOUGLAS OLIVER,      )
DAVID SCHAFER, DENNIS SMITH,         )
THE GRADUATE SCHOOL OF               )
FIGURATIVE ART OF THE NEW YORK       )
ACADEMY OF ARTS, and JEFFREY         )
C. SLADE,                            )
                                     )
              Defendants.            )
                                     )
------------------------------------------------------x
```

Pursuant to the Court's Individual Rule of Practice 2(d), the undersigned counsel for defendants Stephen Farthing, Randolph Lerner, Jr., David Levinson, Russell Wilkinson, Eileen Guggenheim, Robert Bolandian, Christopher Forbes, Margot Gordon, Roland Grybauskas, Ludwig Kuttner, Douglas Oliver, David Schafer, Dennis Smith and The Graduate School of Figurative Art of the New York Academy of Arts, submits the following:

<u>Description of the Motion</u>:  Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

<u>Schedule for Service and Filing of Papers</u>:

July 27, 2007        Moving papers

August 13, 2007      Answering papers

August 21, 2007      Reply papers

<u>Date and Time for Oral Argument</u>:  August 27, 2007, 11:30 pm.

Date:  New York, New York
       July 23, 2007

                            **SCHLAM STONE & DOLAN LLP**

By: _____
Bennette D. Kramer (BK-1269)
26 Broadway, 19th Floor
New York, NY 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677

Attorneys for Stephen Farthing,
Randolph Lerner, Jr., David Levinson,
Russell Wilkinson, Eileen Guggenheim,
Robert Bolandian, Christopher Forbes,
Margot Gordon, Roland Grybauskas,
Ludwig Kuttner, Douglas Oliver, David
Schafer, Dennis Smith and The Graduate
School of Figurative Art of the New
York Academy of Arts