J. Joseph Bainton
Bainton McCarthy LLC
Attorney for Plaintiff
26 Broadway Suite 2400
New York, NY 10004
(212) 480-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a                              :
ROBERT ANGONA, a/k/a
JOHN BLUE,                                            :

                                  Plaintiff,        :

                                                :

   --against--

                                                :

GERARD QUINN, DONALD ROGERS,
STEPHEN FARTHING, RANDOLPH LERNER, JR.,   :     07 Civ. 2944 (JSR)
DAVID LEVINSON, RUSSELL C. WILKINSON, EILEEN        ECF Case
GUGGENHEIM, H. ROBERT BOLANDIAN,           :
CHRISTOPHER FORBES, MARGOT GORDON,         :
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DOUGLAS OLIVER,  DAVID SCHAFER,            :
DENNIS SMITH,  THE GRADUATE SCHOOL OF
FIGURATIVE ART OF THE NEW YORK  ACADEMY OF
ARTS and  JEFFREY C. SLADE
                              :
                                 Defendants.
                                               :
------------------------------------------------------------------------x


## CERTIFICATE OF SERVICE


      SARAH A. MCGRATH, pursuant to 28 U.S.C. § 1746, hereby declares:

      1.    I am employed by Bainton McCarthy LLC as a legal assistant.

2.  On July 18, 2007, I served a true and correct copy of Plaintiff's Amended Complaint, dated July 18, 2007, by first-class mail to the following defendants:

Shawn Fabian, Esq.
*Attorneys for Defendants*
*Gerard Guinn and Donald Rogers*
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
(212) 788 – 0906

Jonathan B. Bruno, Esq.
*Attorney for Defendant:*
*Jeffrey C. Slade, Esq.*
Kaufman Borgeest & Ryan LLP
99 Park Avenue
New York, NY 10016
(212) 980 – 9600

Bennette Deacy Kramer, Esq.
*Attorneys for Defendants*
*Stephen Farthing, Randolph Lerner, Jr.,*
*David Levinson, Russell C. Wilkinson, Eileen*
*Guggenheim, H. Robert Bolandian, ,*
*Christopher Forbes, Margot Gordon, Roland*
*Grybauskas, Ludwig Kuttner, Douglas*
*Oliver, David Schafer, Dennis Smith, and The*
*Graduate School of Figurative Art of The*
*New York Academy of Arts,*
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344 – 5400

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 18, 2007

_____
Sarah A. McGrath