```
 1  SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF NEW YORK:  CRIMINAL TERM:  PART 31
 2  ------------------------------------x
 3  THE PEOPLE OF THE STATE OF NEW YORK       Indictment
                                              No. 2331/04
 4              -against-
                                              GL 2
 5  ROBERT ANGONA,
                                              Calendar Call
 6                          Defendant.
    ------------------------------------x
 7
                                   October 8th, 2004
 8
                                   100 Centre Street
 9                                 New York, NY  10013

10
    B e f o r e:
11
12
                 HONORABLE RONALD A. ZWEIBEL,
13
                                       Justice.
14
    Appearances:
15
                 ROBERT MORGENTHAU, ESQ.
16               District Attorney, New York County
                 BY:  AMY AMSTER, ESQ.
17                    Assistant District Attorney
18
                 MICHAEL RODI, ESQ.
19               Attorney for Defendant
20
21
22
23
24
                                    Joanne Fleming
25                                  Senior Court Reporter
```

1           (In open court)
2           THE CLERK: Calendar number fourteen, from
3   the pens, Robert Angona, indictment number 2331,
4   2004.
5           MS. AMSTER: Amy Amster for the People.
6           MR. RODI: Michael Rodi, 350 Broadway, New
7   York, New York, for Mr. Angona.
8           THE COURT: Mr. Rodi, is there a possible
9   disposition?
10          MR. RODI: May we approach?
11          THE COURT: Yes.
12          (Whereupon, a discussion was held at the
13  bench and off the record.)
14          MR. RODI: Your Honor, we have a
15  disposition. At this time, after much discussion
16  with Mr. Angona and Ms. Lipinski from the District
17  Attorney's Office, we are prepared to dispose of
18  this case with a plea of guilty to grand larceny in
19  the second degree, the first and only count in this
20  indictment, in satisfaction of the whole indictment.
21          THE COURT: Alright.
22          Mr. Angona, you heard what your lawyer just
23  stated? You heard what your lawyer just stated?
24          THE DEFENDANT: Yes, sir.
25          THE COURT: Is it your wish at this time

1   to withdraw your heretofore not guilty plea to this
2   indictment, and are you now offering to plead guilty
3   to grand larceny in the second degree in full
4   satisfaction of this indictment?
5           THE DEFENDANT:  Yes, sir.
6           THE COURT:  Are you entering this plea of
7   your own free will?
8           THE DEFENDANT:  Yes, sir.
9           THE COURT:  Using drugs or medication of
10  any kind at this time?
11          THE DEFENDANT:  No, sir.
12          THE COURT:  Have you discussed the case
13  and your plea with your attorney?
14          THE DEFENDANT:  Yes, sir.
15          THE COURT:  Have you had sufficient time
16  to thoroughly discuss your decision to plead guilty?
17          THE DEFENDANT:  Yes, sir.
18          THE COURT:  Are you pleading guilty
19  because you are, in fact, guilty of this crime?
20          THE DEFENDANT:  Yes, sir.
21          THE COURT:  You understand, by pleading
22  guilty, you are waiving your constitutional rights
23  which include your right to a trial by jury, your
24  right to confront witnesses against you, your right
25  to remain silent and your right to put the People to

Joanne Fleming

1    the burden of proving your guilt beyond a reasonable
2    doubt?
3         THE DEFENDANT:  Yes, sir.
4         THE COURT:  You also understand that if
5    your plea of guilty is accepted by this Court, it
6    will be exactly the same as if you were found guilty
7    after the trial of the charge of grand larceny in
8    second degree?
9         THE DEFENDANT:  Yes, sir.
10        THE COURT:  You understand the charge you
11   are pleading guilty to, is that correct?
12        THE DEFENDANT:  Yes, sir.
13        THE COURT:  The assistant district
14   attorney, your lawyer or anyone else force you or
15   threaten you to enter this plea of guilty?
16        THE DEFENDANT:  No.
17        THE COURT:  The indictment charges you
18   with grand larceny in the second degree committed as
19   follows:
20        The defendant, in the County of New York,
21   during the period from August 1st, 2003 through
22   April 30th, 2004, stole property from New York
23   Academy of Art and the value of the property
24   exceeded fifty thousand dollars.
25        Do you admit to that charge?

Joanne Fleming

1    THE DEFENDANT: Yes, sir.
2    THE COURT: I am agreeing to enter the
3 agreement between your lawyer and the district
4 attorney's office whereby you will receive a minimum
5 sentence of four years and a maximum sentence of
6 eight years.
7    Do you understand that?
8    THE DEFENDANT: Yes, sir.
9    THE COURT: Have any other promises been
10 made aside from that promise?
11   THE DEFENDANT: No, sir.
12   THE COURT: Plea acceptable to the People?
13   MS. AMSTER: Yes, your Honor.
14   THE COURT: Take the plea.
15   THE CLERK: Mr. Robert Angona, do you now
16 withdraw your previously entered plea of not guilty
17 and are you now entering a plea of guilty to grand
18 larceny in the second degree? Is that your plea,
19 sir? Are you pleading guilty to grand larceny?
20   THE DEFENDANT: Yes.
21   THE COURT: Do we have a predicate
22 statement?
23   MS. AMSTER: No, Judge, the predicate
24 statement isn't here.
25   THE COURT: We will have to arraign him as

Joanne Fleming

1    a predicate on the date of sentence.
2              How is October 29th, counsel?
3         MR. RODI:  Fine, your Honor.
4         THE CLERK:  October 29th.
5    Remand, Judge?
6         THE COURT:  Defendant's remanded.
7         - - - - - - - - - - - - - -
8         CERTIFIED TO BE A TRUE AND ACCURATE
9    TRANSCRIPT OF THE ORIGINAL STENOGRAPHIC MINUTES
10   TAKEN OF THIS PROCEEDING.

                    _____
                    JOANNE FLEMING
                    Senior Court Reporter