UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

                Plaintiff,

   -against-

GERARD QUINN, DONALD ROGERS, STEPHEN
FARTHING, RANDOLPH LERNER, JR., DAVID
LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER, JULIA
JITKOFF, DAVID SCHAFER, SYBIL SHAINWALD,
DENNIS SMITH, THE GRADUATE SCHOOL OF
FIGURATIVE ART OF THE NEW YORK
ACADEMY OF ARTS, JEFFREY C. SLADE, and
ELYSE RUZOW,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF MOTION**

**Filed Electronically**

**Civil Action No. 07 CV 2944 (JSR)**

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, JEFFREY C. SLADE, by his attorneys, KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Jed S. Rakoff, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order dismissing plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the plaintiff's Complaint fails to state a cause of action.

     The schedule for the service and filing of the Motion papers is as follows:

     July 27, 2007     Moving papers

     August 13, 2007   Answering papers

     August 21, 2007   Reply Papers

The date and time for oral argument is August 27, 2007, 11:30 a.m.

Dated: New York, New York
July 27, 2007

                                        Respectfully submitted,

                                        KAUFMAN BORGEEST & RYAN LLP

By: _____
      Jonathan B. Bruno
      Andrew S. Kowlowitz
      Attorneys for Defendant,
      Jeffrey C. Slade
      99 Park Avenue, 19th Floor
      New York, New York 10016
      Telephone (212) 980-9600
      Facsimile (212) 980-9291
      KBR File No. 217.081

605817-1

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **NOTICE OF MOTION** was served via regular mail on the 27th day of July 2007 upon:

Shawn Fabian, Esq.
The City of New York
Law Department
100 Church Street
New York, NY  10007


Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY  10004


J. Joseph Bainton
Bainton & McCarthy LLC
26 Broadway
Suite 2400
New York, New York  10004

Michael John Little, Esq.
26 Broadway
Suite 2400
New York, New York  10004

_____
ANDREW S. KOWLOWITZ