UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a                          :
ROBERT ANGONA, a/k/a
JOHN BLUE,                                       :

        Plaintiff,                      :

- against -                                      :
                              No. 07 Civ. 2944 (JSR)
GERARD QUINN, DONALD ROGERS,                     :
STEPHEN FARTHING, RANDOLPH LERNER, JR.,             ECF CASE
DAVID LEVINSON, RUSSELL C. WILKINSON,             :
EILEEN GUGGENHEIM, H. ROBERT BOLANDIAN,             **AFFIDAVIT OF SERVICE**
CHRISTOPHER FORBES, MARGOT GORDON,                :
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DOUGLAS OLIVER, DAVID SCHAFER,                    :
DENNIS SMITH, THE GRADUATE SCHOOL OF
FIGURATIVE ART OF THE NEW YORK ACADEMY            :
OF ARTS and JEFFREY C. SLADE,
                               :
        Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK            )
                           )ss.
COUNTY OF NEW YORK           )

        SARAH A. MCGRATH, duly sworn, deposes and says:

        I am employed by Bainton McCarthy LLC as a legal assistant. On August 13, 2007, I caused a true and correct copy of *Plaintiff's Memorandum of Law in Opposition to Rule 12 Motions of Certain Defendants* to be served electronically via the Court's ECF System upon Defendants.

                                                    /s/ Sarah A. McGrath
                                                       Sarah A. McGrath

Sworn to and executed before me
This 13th day of August, 2007

/s/ Michael J. Cohen
_____

Notary Public, State of New York
No. 02C06119179
Qualified in New York County

Commission Expires November 29, 2008