## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT JEFFREY C. SLADE'S MOTION TO DISMISS AMENDED COMPLAINT** was served via regular mail on the 21st day of August 2007 upon:


Shawn Fabian, Esq.
The City of New York
Law Department
100 Church Street
New York, NY 10007


Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004


J. Joseph Bainton
Bainton & McCarthy LLC
26 Broadway
Suite 2400
New York, New York 10004

Michael John Little, Esq.
26 Broadway
Suite 2400
New York, New York 10004

_____
ANDREW S. KOWLOWITZ