```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOHN R. BLUMATTE, a/k/a ROBERT ANGONA, :
a/k/a JOHN BLUE,                       :
                                       :     07 Civ. 2944 (JSR)
              Plaintiff,               :
                                       :         ORDER
         -v-                           :
                                       :
GERARD QUINN, et al.,                  :
                                       :
              Defendant.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 8/27/07, Counts 2, 4, 5 and 6 are hereby dismissed with prejudice against all defendants named in those counts, and Count 1 is hereby dismissed with prejudice against all defendants named in that count except defendants Gerard Quinn and Donald Rogers.

The Court reserves decision on the motion to dismiss count 3 pending supplemental letter-briefing by the parties.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 27, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-07
```