```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOHN R. BLUMATTE,                    :
                                     :
            Plaintiff,               :      07 Civ. 2944 (JSR)
                                     :
      -v-                            :      ORDER
                                     :
GERARD QUINN, et al.,                :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    On August 27, 2007, the Court issued an order that dismissed counts 2, 4, 5 and 6 of the amended complaint against all defendants; dismissed count 1 against all defendants except defendants Gerard Quinn and Donald Rogers and reserved decision on count 3 pending supplemental letter briefing by the parties, see court document number 43.

    Subsequently on November 15, 2007 the Court issued a memorandum order dismissing count 3 of the amended complaint for lack of subject matter jurisdiction, see court document number 45.

    The combination of the court order dated August 27, 2007 and memorandum order dated November 15, 2007 disposed of the following pending motions, court documents number 14, 21, 23, 33 and 36, therefore the Clerk of the Court

    **IS HEREBY ORDERED** to terminate the pending motions, court documents number 14, 21, 23, 33 and 36.

    SO ORDERED.

                                                                 JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 11, 2007