```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOHN R. BLUMATTE, a/k/a ROBERT ANGONA,:
a/k/a JOHN BLUE,                      :
                                      :   07 Civ. 2944 (JSR)
              Plaintiff,              :
                                      :        ORDER
         -v-                          :
                                      :
GERARD QUINN, et al.,                 :
                                      :
              Defendant.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Plaintiff having settled with the only remaining defendants, Gerard Quinn and Donald Rogers, and the Court having previously dismissed all other counts against all other defendants, the Clerk of Court is hereby directed to enter final judgment dismissing the complaint and to close any open motions.

    SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08