UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN R. BLUMATTE, a/k/a ROBERT ANGONA,
a/k/a JOHN BLUE,

                            Plaintiff,

    -against-

GERARD QUINN, et al.,

                            Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

07 CIVIL 2944 (JSR)

**JUDGMENT**

       Whereas plaintiff having settled with the only remaining defendants, Gerard Quinn and Donald Rogers, and the Court having previously dismissed all other counts against all other defendants, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on February 4, 2008, having rendered its Order directing the Clerk of the Court to enter final judgment dismissing the complaint and to close any open motions, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2008, the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         February 5, 2008

                                                   J. MICHAEL McMAHON
                                                         **Clerk of Court**
                         BY:
                                                          **Deputy Clerk**

                                         THIS DOCUMENT WAS ENTERED
                                         ON THE DOCKET ON _____