UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

           Plaintiff,

--against--

GERARD QUINN, DONALD ROGERS,
STEPHEN FARTHING, RANDOLPH LERNER, JR.,
DAVID LEVINSON, RUSSELL C. WILKINSON,
EILEEN GUGGENHEIM, H. ROBERT BOLANDIAN,
CHRISTOPHER FORBES, MARGOT GORDON,
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DOUGLAS OLIVER, DAVID SCHAFER,
DENNIS SMITH, THE GRADUATE SCHOOL OF
FIGURATIVE ART OF THE NEW YORK ACADEMY
OF ARTS and JEFFREY C. SLADE,

           Defendants.

-----------------------------------------------------------------x

07 Civ. 2944 (JSR)

ECF CASE

**NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that the Plaintiff John R. Blumatte, a/k/a Robert Angona, a/k/a John Blue, by his undersigned attorneys, hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the annexed final Judgment of this Court, granting defendants' motion to dismiss the amended complaint, entered in this action on February 5th 2008.

Dated: New York, New York
February 20th 2008

BAINTON McCARTHY LLC

By: _____
J. Joseph Bainton (JB-5934)
26 Broadway, Suite 2400
New York, NY 10004
(212) 480-3500
(212) 480-9557 (facsimile)

To:

Shawn Fabian, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
(212) 788 – 0906
*Attorney for Defendants:*
*Gerard Guinn and Donald Rogers*

Jonathan B. Bruno, Esq.
Kaufman Borgeest & Ryan LLP
99 Park Avenue
New York, NY 10016
(212) 980 – 9600
*Attorney for Defendant:*
*Jeffrey C. Slade, Esq.*

Bennette Deacy Kramer, Esq.
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344 – 5400
*Attorney for Defendants:*
*Stephen Farthing, Randolph Lerner, Jr.,*
*David Levinson, Russell Wilkinson, Eileen*
*Guggenheim, Robert Bolandian, ,*
*Christopher Forbes, Margot Gordon, Roland*
*Grybauskas, Ludwig Kuttner, Douglas*
*Oliver, , David Schafer, Dennis Smith, and*
*The Graduate School of Figurative Art of The*
*New York Academy of Arts*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOHN R. BLUMATTE, a/k/a ROBERT ANGONA,
a/k/a JOHN BLUE,

                Plaintiff,

-against-

GERARD QUINN, et al.,

                Defendants.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

07 CIVIL 2944 (JSR)

**JUDGMENT**

Whereas plaintiff having settled with the only remaining defendants, Gerard Quinn and Donald Rogers, and the Court having previously dismissed all other counts against all other defendants, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on February 4, 2008, having rendered its Order directing the Clerk of the Court to enter final judgment dismissing the complaint and to close any open motions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2008, the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
February 5, 2008

                              J. MICHAEL McMAHON
                              Clerk of Court

BY:
                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____