UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN R. BLUMATTE, a/k/a
ROBERT ANGONA, a/k/a
JOHN BLUE,

                Plaintiff,

   -against-

GERARD QUINN, DONALD ROGERS, STEPHEN
FARTHING, RANDOLPH LERNER, JR., DAVID
LEVINSON, RUSSELL WILKINSON, EILEEN
GUGENHEIM, ROBERT BOLANDIAN,
CHARLES CAWLEY, ANTHONY COLES,
CHRISTOPHER FORBES, MARGOT GORDON,
ROLAND GRYBAUSKAS, LUDWIG KUTTNER,
DAVID LONG, DOUGLAS OLIVER, JULIA
JITKOFF, DAVID SCHAFER, SYBIL SHAINWALD,
DENNIS SMITH, THE GRADUATE SCHOOL OF
FIGURATIVE ART OF THE NEW YORK
ACADEMY OF ARTS, JEFFREY C. SLADE, and
ELYSE RUZOW,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF MOTION**

**Filed Electronically**

Civil Action No. 07 CV 2944 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08

**PLEASE TAKE NOTICE** that upon the accompanying Motion for Admission of Michael Casey Pro Hac Vice under Local Rule 1.3 (c), along with the Affidavit of Michael Casey, JEFFREY C. SLADE by his attorneys KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Jed S. Rakoff, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting Michael Casey admission to this Court Pro Hac Vice.

Pursuant to Honorable Jed S. Rakoff's individual practice rules (Rule 2 (b)), the enclosed motion may be filed without the Court's prior authorization.

SO ORDERED

_/s/ Jed S. Rakoff_
USDJ
2-28-08

Dated: New York, New York
February 22, 2008

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

By: _____
Jonathan B. Bruno
Andrew S. Kowlowitz
Attorneys for Defendant
Jeffrey C. Slade
99 Park Avenue, 19th Floor
New York, New York 10016
Telephone (212) 980-9600
Facsimile (212) 980-9291
KBR File No. 217.081

605817-1